**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DEL PARSON STUDIO, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11003

Judge Manish S. Shah

Magistrate Judge Laura K. McNally

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff, Del Parson Studio, Inc. ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file Plaintiff's brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Infringing Del Parson Products; (2) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; and (3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Infringing Del Parson Products and Defendants' financial accounts (collectively, the "*Ex Parte* Motion for TRO"). Plaintiff's *Ex Parte* Motion for TRO includes three (3) distinct issues regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is less than 20 pages, which is substantially less than the 45-page limit allowed if three motions were filed separately. Plaintiff, therefore, respectfully requests that Plaintiff be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

DATED: September 11, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***