AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-11003 | DATE FILED<br>9/10/2026 | |
| PLAINTIFF<br>Del Parson Studio, Inc. | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | Q. Riddell | 9/11/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

VA 1-638-968

**Effective date of registration:**

March 17, 2008

## Title

**Title of Work:** Lost Lamb

**Nature of Work:** Oil Painting

## Completion/ Publication

**Year of Completion:** 1999

**Date of 1st Publication:** March 18, 1999 **Nation of 1st Publication:** United States

## Author

- **Author:** DeL Parson

**Author Created:** 2-Dimensional Artwork

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1948

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Del Parson Studio, Inc.

450 Casa Loma Lane, Cedar City, UT, 84720

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Del Parson

**Date:** March 6, 2008

**Correspondence:** Yes


Del Parson

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-469-869**
**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
December 04, 2025

## Supplementary Registration

**Supplement To:** VA0002168374, 2019

## Title

**Title of Work:** He is Risen

## Completion/Publication

**Year of Completion:** 1996
**Date of 1st Publication:** October 01, 1996
**Nation of 1st Publication:** United States

## Author

- **Author:** Delwin Oliver Parson
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1948

## Copyright Claimant

**Copyright Claimant:** Del Parson Studio Inc.
450 S Casa Loma Lane, Cedar, UT, 84720, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Del Parson Studio Inc.
**Email:** dparson@delparson.com
**Telephone:** (435)586-5189
**Alt. Telephone:** (435)590-4997

**Address:** 450 S Casa Loma Lane
Cedar, UT 84720 United States

## Certification

**Name:** David Denholm, Authorized agent of Delwin Oliver Parson
**Date:** May 28, 2025
**Applicant's Tracking Number:** DPSUP2025051801

**Correspondence:** Yes
**Explanation of Corrections:** Correction claimant name to show the "Del Parson Studio Inc.", instead of "Del Parson Studio"



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

VA 1-638-966

**Effective date of registration:**

March 21, 2008

## Title

**Title of Work:** Behold Your Little Ones

**Nature of Work:** Oil Painting

## Completion/ Publication

**Year of Completion:** 1995

**Date of 1st Publication:** March 21, 1996 **Nation of 1st Publication:** United States

## Author

- **Author:** Del Parson

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1948

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Del Parson Studio, Inc.

450 Casa Loma Lane, Cedar City, UT, 84720

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Del Parson

**Date:** March 14, 2008

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
VA 1-704-416

**Effective date of registration:**
September 17, 2009

## Title

**Title of Work:** Perfect Love

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 20, 2006 **Nation of 1st Publication:** United States

## Author

- **Author:** Del (Delwin) Oliver Parson

**Author Created:** 2-dimensional artwork

**Citizen of:** United States

**Year Born:** 1948

## Copyright claimant

**Copyright Claimant:** Del Parson Studio, Inc.

450 Casa Loma Lane, Cedar City, UT, 84720, United States

**Transfer Statement:** Written agreement

## Rights and Permissions

**Organization Name:** Del Parson Studio, Inc.

**Email:** dparson@delparson.com **Telephone:** 435-586-5189

**Address:** 450 Casa Loma Lane

Cedar City, UT 84720 United States

## Certification

**Name:** Del Parson

**Date:** September 10, 2009

