**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DEL PARSON STUDIO, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11003

Judge Manish S. Shah

Magistrate Judge Laura K. McNally

**DECLARATION OF DEL PARSON**

I, DEL PARSON, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the owner and founder of Del Parson Studio, Inc. ("Del Parson Studio"), as well as the artist behind the Del Parson Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am an oil painter and portrait artist specializing in realistic religious and historical artwork. My paintings are inspired by faith and personal experiences, often depicting Christ and other meaningful subjects to convey hope and a love of life. My father was an art professor, and his love of art was contagious, inspiring myself as well as two of my brothers to be artists. After earning a Master of Fine Arts degree, I worked as a gallery and portrait artist. In 1978, a personal tragedy changed my life, and I began painting religious subjects. My work has received numerous regional and national awards and been exhibited at the

Allied Artists of America, National Academy of Design, Knickerbocker Artist, American Artists Professional League, and the Amarillo Rotary Show.

4. Del Parson Studio is the official source of products associated with the Del Parson Works (the "Del Parson Products"):




https://delparson.com/store/?orderby=popularity

5. Del Parson Studio is the owner of the copyright registrations for the Del Parson copyrighted works, which are protected by United States Copyright Registration Nos. VA 1-638-968; VA 2-469-869; VA 1-638-966; and VA 1-704-416 (the "Del Parson Works"). True and correct copies of the copyright registrations for the Del Parson Works are attached hereto as **Exhibit 1**.

6. Del Parson Studio controls the quality of all materials and content that feature the distinctive Del Parson Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Del Parson Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with Del Parson Studio.

8. The success of the Del Parson Works has resulted in significant infringement of the copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Del Parson Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Del Parson Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Del Parson Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Del Parson Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with Del Parson Studio and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate Del Parson Studio for the ongoing infringement because monetary damages fail to address the loss of control of and damage to Del Parson Studio's reputation, goodwill, and control over the nature of the derivative works made using its copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to Del Parson Studio's reputation and goodwill by acts of infringement.

11. Del Parson Studio's goodwill and reputation are irreparably damaged when the Del Parson Works are used on unauthorized goods. Del Parson Studio is further irreparably harmed by the unauthorized use of the Del Parson copyrighted materials because infringers take away Del Parson Studio's ability to control the nature and quality of products bearing the Del Parson Works and derivative works.

12. Del Parson Studio is further irreparably damaged due to a loss of exclusivity. The copyright rights in the Del Parson Works are meant to be exclusive rights.

13. The marketing and distribution of the Del Parson Works and derivative works are aimed at growing and sustaining sales. When infringers use the Del Parson Works without authorization, the exclusivity associated with the Del Parson Works, as well as Del Parson Studio's reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Del Parson Works create the impression that the copyright rights associated with the Del Parson Works may be infringed with impunity. The Del Parson Works are distinctive and signify to consumers that the products are authorized by Del Parson Studio and are manufactured to its high-quality standards. When infringers use the Del Parson Works on goods without authorization, the exclusivity of Del Parson Studio's products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Del Parson Works cannot be compensated for financially since it erodes Del Parson Studio's ability to monetize the Del Parson Works.

15. Del Parson Studio will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2026.

Del Parson

Del Parson