**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Del Parson Studio, Inc.

Plaintiff,

v.

Case No.: 1:26−cv−11003
Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file under seal [12] and for an ex parte TRO [15] are denied. The motion for excess pages [13] is granted. The court does not agree that plaintiff has a likelihood of success against all defendants sufficient to justify extraordinary ex parte injunctive relief. Based on the court's review, the satirical or comical products involving Moo Deng, for example, may not be infringing. The clerk shall unseal all filings. Plaintiff may seek early discovery to identify defendants and serve them notice of a motion for preliminary injunction, but the court will not consider injunctive relief ex parte. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.