Exhibit 1

# 001 PaiWeiYeYa

2/10/26, 7:27 PM Amazon.com: 1000 Pieces Jigsaw Puzzles for Adults Children Jesus and Fried Chicken Bucket Patterns Intellectual Decompressin...

Toys & Games › Puzzles › Jigsaw Puzzles



Click to see full view

## 1000 Pieces Jigsaw Puzzles for Adults Children Jesus and Fried Chicken Bucket Patterns Intellectual Decompressing Jigsaw Puzzles

Brand: OEYDGEJW
Search this page

$24.99
Price history

Get $60 off instantly: Pay $0.00 $24.99 upon approval for the Amazon Store Card. No annual fee.

Size: 1000PCS
500PCS $19.99 | 1000PCS $24.99

Color: As Pic1

- Challenging Puzzle: This puzzle contains 300/500/1000 puzzle pieces and high-resolution poster.
- Premium Quality: Made of high quality wood materials, environmental protection and non-toxic. Each piece is cut well, and the multi-layer paper is not deformed, so that it can be seamlessly connected and preserved for a long time. High-definition printing provides visual enjoyment.
- Perfect Gift Choice: This strongly designed puzzle provides hours of entertainment and mental stimulation, perfect for relieving stress or relaxing alone, making it an ideal gift for family, friends, colleagues or puzzle enthusiasts.
- Education and Therapy: Puzzles can improve your logical reasoning skills, independent thinking, concentration, imagination and hand-eye coordination, while bringing you peace of mind and

$24.99
$4.98 delivery February 23 - March 4. Details
Deliver to oO - Chicago 60604
Only 15 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: PaiWeiYeYa
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Save this item
Add to List

2/10/26, 7:29 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime
Try Prime free for 30 days
Cancel anytime.

**Arriving Feb 23, 2026 - Mar 4, 2026**



1000 Pieces Jigsaw Puzzles for Adults Children Jesus and Fried Chicken Bucket Patterns Intellectual Decompressing Jigsaw Puzzles
$24.99
Ships from PaiWeiYeYa
Sold by PaiWeiYeYa

1
Gift options not available

Monday, Feb 23 - Wednesday, Mar 4
$4.98 Delivery

Place your order **Order total: $32.53**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $24.99
Shipping & handling: $4.98
Estimated tax to be collected:
**Order total:**

# VA 1-638-968



## 002 wuhanshiyunhejiyuanshangmaoyouxiangongsi

2/10/26, 7:40 PM Amazon.com: 1000 Pieces Jigsaw Puzzles for Adults Children Jesus and Fried Chicken Bucket Patterns Intellectual Decompressin...



Click to see full view

1000 Pieces Jigsaw Puzzles for Adults Children Jesus and Fried Chicken Bucket Patterns Intellectual Decompressing Jigsaw Puzzles Educational Game Puzzle Collectibles DIY Toys Gifts for Family Friends

$21.00

Price history

Color: 1000pc-a8

- 【FINISHED SIZE】 Contains 1000 piece jigsaw puzzles and a poster. Challenge yourself with this 1000 piece puzzle designed for skilled puzzlers.Finished size: 29.5"x19.6"/75*50cm
- 【Great Material】 High Quality Large Puzzle Game Using Premium Quality Wooden Materials, It is Environmentally and Has No Peculiar Smell. The Puzzle Pieces Are Sturdy. Cut Cleanly
- 【Easy Operation】 Letter A to H on back divides the puzzle into sections, effectively avoid chaos when playing this jigsaw puzzles,which helps to make work easier
- 【Benefits Of Jigsaw Puzzles】 Improve hand-eye coordination and develop problem-solving skills,logical thinking and patience ability,A great way to connect with family members and friends to develop a closer relationship,A great Meditation tool and stress reliever
- 【Unique Present】 After completing the puzzles, you can purchase a photo frame to install in your child's bedroom or desk, Suitable for children's birthdays and any other festive days selected small gifts.Puzzles are a fun activity that can be completed individually or collectively. It is a great gift for birthdays and holidays of all ages

$21.00

$5.59 delivery February 23 - March 4. Details

Only 9 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Save this item

Add to List

Similar item with fast delivery

2/10/26, 7:42 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime

Try Prime free for 30 days

Cancel anytime.

**Arriving Feb 23, 2026 - Mar 4, 2026**

1000 Pieces Jigsaw Puzzles for Adults Children Jesus and Fried Chicken Bucket Patterns Intellectual Decompressing Jigsaw Puzzles Educational Game Puzzle Collectibles DIY Toys Gifts for Family Friends

**$21.00**

Monday, Feb 23 - Wednesday, Mar 4

$5.59 Delivery

Gift options not available

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

Items: $21.00

Shipping & handling: $5.59

Order total:

Place your order

**Order total: $28.74**

# VA 1-638-968



# 003 yyangshf

2/10/26, 7:36 PM Amazon.com: Christ and His Cat 1000 Piece Jigsaw Puzzle for Family Decoration, Kids and Adults Birthday Party Funny Education...

Prime members save up to 80% on meds amazon pharmacy

Toys & Games › Puzzles › Jigsaw Puzzles



Click to see full view

## Christ and His Cat 1000 Piece Jigsaw Puzzle for Family Decoration, Kids and Adults Birthday Party Funny Educational Game Toys Puzzle

Brand: TXGJCZJJ
Search this page

$25.99
Price history

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: 1000PCS
500PCS $20.99 | 1000PCS $25.99 | 1500PCS $29.98

Color: Puzzle06

- 【Natural Materia】Our wood puzzle made of natural wood material with a natural woody aroma. Use laser-cutting technologies so pieces lock and fit tightly together.
- 【Specifications】Contains 1000 piece jigsaw puzzles and a poster. Finished size 29.5" x 19.6"/75*50cm.
- 【Upgrade Zoning Design】Compared with other jigsaw puzzles, we have added a back partition design which can effectively avoid chaos when playing this jigsaw puzzles.
- 【Perfect Gift】Rediscover the thrill of puzzling with the Puzzle—a delightful escape into a world of color and creativity! Is the perfect gift for Birthday and Christmas thanksgiving gifts for kids, lover, friend, colleagues and parents, combining the joy of completing puzzles with the appreciation of artistic design.

$25.99
$3.99 delivery February 27 - March 13. Details
Deliver to oO - Chicago 60604
Only 5 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: yyangshf
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Save this item
Add to List

2/10/26, 7:37 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Feb 27, 2026 - Mar 13, 2026**

Christ and His Cat 1000 Piece Jigsaw Puzzle for Family Decoration, Kids and Adults Birthday Party Funny Educational Game Toys Puzzle
$25.99
Ships from yyangshf
Sold by yyangshf
Disclaimers
1
Gift options not available

Friday, Feb 27 - Friday, Mar 13
$3.99 Delivery

Place your order **Order total: $32.64**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items: $25.99
Shipping & handling: $3.99
Order total:

# VA 1-638-968



## 004 Baby soter

2/10/26, 7:45 PM Amazon.com: EBBU Jesus Wall Decor for Prayer Room, Canvas Poster Wall Art, Jesus and Lamb Canvas, Wall Decorations Indoo…

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Amazon Business | Browsing History | Sell | Handmade

Upgrade your headphones
Hear richer sound and deeper bass
Shop now

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

EBBU Jesus Wall Decor for Prayer Room, Canvas Poster Wall Art, Jesus and Lamb Canvas, Wall Decorations Indoor, Gifts for Boys (No frame,20 * 30)
Brand: EBBU
Search this page

$35.00
Price history

Get $60 off instantly: Pay $0.00 ~~$35.00~~ upon approval for the Amazon Store Card. No annual fee.

Color: **No frame**
$35.00 | $72.00

Size: **20*30**
08*12 | 12*18 | 16*24 | 20*30 | 24*36

Frame Type: **Unframed**

- • High-quality canvas poster featuring Jesus and the lamb perfect for prayer room decor
- • Perfect painting for wall decoration: living room, bedroom,library , kitchen, children's room, study room, office, and of course it is also suitable for hotels, guesthouses, corridors, classrooms.
- • Our canvas prints are also suitable for all kinds of festivals: such as birthdays, anniversaries, Christmas, Halloween, Easter, Father's Day, Mother's Day, Children's Day, etc. of family and friends.
- • BEST GIFT CHOICE: Our high-quality canvas paintings are the most suitable gifts for friends, couples, relatives, classmates, the elderly, etc.
- •Product quality: high-definition high-quality canvas print, easy to maintain, waterproof, UV-resistant, indoor fade-resistant, features: high resolution, strong clarity, not easy to fade, no glare, excellent color.

$35.00
FREE delivery **February 18 - 20**. Details
Deliver to oO - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: Baby soter
Returns: 30-day refund/replacement
Customer service: Amazon
See more
**Save this item**
Add to List

2/10/26, 7:46 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Special Offer**
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime
Try Prime free for 30 days
Cancel anytime.

**Arriving Feb 18, 2026 - Feb 20, 2026**



EBBU Jesus Wall Decor for Prayer Room, Canvas Poster Wall Art, Jesus and Lamb Canvas, Wall Decorations Indoor, Gifts for Boys (No frame,20 * 30)
**$35.00**
Ships from Baby soter
Sold by Baby soter
1
Gift options not available

**Wednesday, Feb 18 - Friday, Feb 20**
FREE Delivery

Place your order **Order total: $38.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $35.00
Shipping & handling: $0.00
Estimated tax to be collected: $3.59
**Order total:**

**VA 1-638-968**



# Order Summary

Order placed March 10, 2026 | Order # 113-8060107-1140237

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $35.00 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $35.00 |
| Estimated tax to be collected: | $3.59 |
| **Grand Total:** | **$38.59** |

## Arriving March 19 - March 23



EBBU Jesus Wall Decor for Prayer Room, Canvas Poster Wall Art, Jesus and Lamb Canvas, Wall Decorations Indoor, Gifts for Boys (No frame,20 * 30)

Sold by: Baby soter

Supplied by: Other

$35.00

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 005 MY HOME PET

2/10/26, 9:47 PM Amazon.com: LZHIP Stunning Wall Art Print of Jesus Holding The Lamb - Inspiring Quote for Christian Home Decor And Gifts 20x3...

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Today's Deals | Customer Service | Keep Shopping For | Amazon Home | Buy Again

amazon business Powerful laptops, budget-friendly ›

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Ask Rufus

Is it framed? | Can this be hung outdoors? | Does it come with a hanging kit? | Ask something else

LZHIP Stunning Wall Art Print of Jesus Holding The Lamb - Inspiring Quote for Christian Home Decor And Gifts 20x30inch(50x75cm), Frame-style-7

Brand: LZHIP

Search this page

$86.00

Price history

Or $21.50 /2 weeks (x4). Select from 2 plans

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay ~~$86.00~~ $26.00 for this order. Learn more

- Beautiful Serene Art Print: This aesthetic poster features Jesus with the Lost Lamb in the serene forest that is sure to add an enchanting vibe to your home decor.
- High-Quality Printing: Printed on premium quality paper, this stunning art print is ensured to have vivid colors and sharp lines that will last for years.
- Perfect Home Decor Addition: Hang this beautiful art piece in your living room, bedroom, or any other space that needs a touch of elegance and calm.
- Inspiring Themes: The powerful and inspiring theme of Jesus with the Lost Lamb in the forest showcases the incredible bond between humans and animals.
- Excellent Gift Idea: A thoughtful gift for your loved ones that love art and spirituality, this poster is sure to make a positive impact on their lives.

› See more product details

Report an issue with this product or seller

Pay-per-visit telehealth

Start a virtual visit 24/7 for common concerns like

$86.00

$5.98 delivery **Wednesday, February 25**. Details

Deliver to O - Chicago 60604

In stock

Usually ships within 4 to 5 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: MY HOME PET

Returns: 30-day refund/replacement

Customer service: MY HOME PET

See more

Add to List

2/10/26, 9:47 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Select a payment plan

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Feb 25, 2026**



LZHIP Stunning Wall Art Print of Jesus Holding The Lamb - Inspiring Quote for Christian Home Decor And Gifts 20x30inch(50x75cm), Frame-style-7

**$86.00**

Ships from MY HOME PET

Sold by MY HOME PET

1

Gift options not available

Wednesday, Feb 25

$5.98 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!

Try Prime Free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $86.00

Shipping & han...

Estimated tax...

Order tot...

Place your order

**Order total: $98.80**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**VA 1-638-968**



# Order Summary

Order placed March 10, 2026 | Order # 113-5131335-6526626

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $86.00 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $89.98 |
| Estimated tax to be collected: | $8.82 |
| **Grand Total:** | **$98.80** |

## Arriving March 30



LZHIP Stunning Wall Art Print of Jesus Holding The Lamb - Inspiring Quote for Christian Home Decor And Gifts 20x30inch(50x75cm), Frame-style-7

Sold by: MY HOME PET

Supplied by: Other

$86.00

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 006 lama thien

2/10/26, 9:48 PM Amazon.com: Jesus Christ Poster Print Art Home Wall Decor Catholic Painting: Posters & Prints

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Today's Deals | Customer Service | Keep Shopping For | Amazon Home | Buy Again

Finish your phone upgrade, save with Trade-In Shop now

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Jesus Christ Poster Print Art Home Wall Decor Catholic Painting

Brand: SAMEALSTORE
Search this page

$20.69
Price history

Get $60 off instantly: Pay $0.00 $20.69 upon approval for the Amazon Store Card. No annual fee.

Size: 11x14
11x14 | 12x18 | 16x24 | 20x30 | 24x36 | 27x40

Color: Color 5
$20.69 | $20.69 | $20.69 | $20.69 | $20.69 | $20.69

- 【ATTENTION】 The preview image is an example of what the artwork will look like when framing - Product is not Canvas or Tin Sign - Do not include frame
- 【PRODUCT INFORMATION】 Keith Haring Posters are printed on high quality matte paper (235 gsm) thick base (9.5 mil) and an instant-dry coating that resists fingerprints and smudging. Make sure the posters are as ageless as classic biblical artwork
- 【INSPIRATIONAL CHRISTIAN WALL ART】 Transform your space with our beautifully crafted Christian Wall Art, designed to reflect the strength of faith and hope. Each piece serves as a

$20.69
$3 delivery Wednesday, February 25. Details
Deliver to O - Chicago 60604
In stock
Usually ships within 4 to 5 days.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller lama thien
Returns 30-day refund/replacement
Customer service lama thien
See more
Add to List

FLGPR/YOP Faithful Shepherd J...

2/10/26, 9:49 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard**[redacted] Change
Use a gift card, voucher, or promo code

Special Offer
**O, we're giving you Prime free for 30 days** Try Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Feb 25, 2026**



Jesus Christ Poster Print Art Home Wall Decor Catholic Painting
$20.69
Ships from lama thien
Sold by lama thien
1
Gift options not available

Wednesday, Feb 25
$3.00 - Delivery

Place your order **Order total: $25.81**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O, you are eligible for 30 days of Prime for $0!
Try Prime Free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items: $20.69
Shipping & han...
Estimated tax...
Order tot...

**VA 1-638-968**



# Order Summary

Order placed March 10, 2026 | Order # 113-3676662-3892258

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $20.69 |
| Shipping & Handling: | $3.00 |
| Total before tax: | $23.69 |
| Estimated tax to be collected: | $2.12 |
| **Grand Total:** | **$25.81** |

## Arriving March 24



Jesus Christ Poster Print Art Home Wall Decor Catholic Painting
Sold by: lama thien
Supplied by: Other
$20.69

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 007 lihong Gao

2/12/26, 9:08 PM Amazon.com: XQKXHZ Soft Print Fuzzy Blankets and Throws,Soft & Warm Flannel Friends Blanket,Winter Decorative Holiday Bla...

amazon Deliver to O Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Today's Deals | Customer Service | 10:51:22

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Finish your phone upgrade, save with Trade-In | Shop now

Home & Kitchen › Bedding › Blankets & Throws › Throws




Click to see full view



## Soft Print Fuzzy Blankets and Throws,Soft & Warm Flannel Friends Blanket,Winter Decorative Holiday Blanket,Modern Microfiber Comfy Blanket,Cozy Throw Blankets for Women Gift,51" x 59"/130 ×150

Brand: XQKXHZ
Search this page

$38.52
Price history

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Size: 51" x 59"/130 ×150 cm

| 51" x 59"/130... $38.52 | 55" x 71"/140... $47.52 | 59" x 78"/150... $50.52 |
|---|---|---|

| | |
|---|---|
| Brand | XQKXHZ |
| Pattern | Patchwork |
| Size | 51" x 59"/130 ×150 cm |
| Unit Count | 1.0 Count |
| Number of Items | 1 |

### About this item

- HIGH-QUALITY FABRIC -This super soft flannel blanket made of polyester microfiber, this clever design ensures excellent skin-friendliness and provides a soft, comfortable touch. [★ Note]: Only one blanket.
- UNIQUE DESIGN - The unique design keeps the Sherpa fleece lightweight without feeling bulky, offering unparalleled comfort and a fresh sleep experience throughout the year

$38.52
$20 delivery February 25 - March 6. Details
Arrives after Valentine's Day.
Deliver to O - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now
Shipper / Seller lihong Gao
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to List

2/12/26, 9:09 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard**[redacted] Change
Select a payment plan
Use a gift card, voucher, or promo code

Special Offer
**O, we're giving you Prime free for 30 days** Try Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime

**Arriving Feb 25, 2026 - Mar 6, 2026**



XQKXHZ Soft Print Fuzzy Blankets and Throws,Soft & Warm Flannel Friends Blanket,Winter Decorative Holiday Blanket,Modern Microfiber Comfy Blanket,Cozy Throw Blankets for Women Gift,51" x 59"/130 ×150
**$38.52**
Ships from lihong Gao
Sold by lihong Gao

1

Gift options not available

Wednesday, Feb 25 - Friday, Mar 6
$20.00 - Delivery

Place your order | **Order total: $62.47**

Congratulations O, you are eligible for 30 days of Prime for $0!
Fast free delivery, exclusive deals, and more.
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & ha...
Estimated tax...
**Order tot...**

**VA 1-638-968**



# Order Summary

Order placed March 10, 2026 | Order # 113-2963949-6518603

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $38.52 |
| Shipping & Handling: | $20.00 |
| Total before tax: | $58.52 |
| Estimated tax to be collected: | $3.95 |
| **Grand Total:** | **$62.47** |

## Arriving March 20 - March 31



XQKXHZ Soft Print Fuzzy Blankets and Throws,Soft & Warm Flannel Friends Blanket,Winter Decorative Holiday Blanket,Modern Microfiber Comfy Blanket,Cozy Throw Blankets for Women Gift,51" x 59"/130 ×150

Sold by: lihong Gao

Supplied by: Other

$38.52

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 008 QBearArtStore

2/12/26, 9:10 PM Amazon.com: Quoc Bao Bear Art Jesus Blanket, Christian Fleece, Cross God Minky, Religious Bible Verse Holiday Bedding Gift, C...

amazon Deliver to O Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Today's Deals | Customer Service | 10:49:46

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Finish your phone upgrade, save with Trade-In Shop now

Home & Kitchen › Bedding › Blankets & Throws › Throws



Click to see full view

Jesus Blanket, Christian Fleece, Cross God Minky, Religious Bible Verse Holiday Bedding Gift, Catholic Christmas Faith Throw, Church Sherpa (White, 30x40 Fleece Blanket)

Brand: Quoc Bao Bear Art

Search this page

$45.00

Price history

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Size: 30x40 Fleece Blanket

| | | | |
|---|---|---|---|
| 30x40 Fleece Blanket $45.00 | 30x40 Minky Blanket 1 option from $56.00 | 50x60 Minky Blanket 1 option from $71.00 | 50x60 Sherpa... 1 option from $84.00 |
| 50x60 Fleece Blanket 1 option from $60.00 | 60x80 Fleece Blanket 1 option from $82.50 | 60x80 Minky Blanket 1 option from $92.50 | 60x80 Sherpa... 1 option from $97.00 |

Color: White

| | |
|---|---|
| Material | Fleece, Mink, Sherpa |
| Color | White |
| Brand | Quoc Bao Bear Art |
| Special Feature | Breathable |
| Style | Art Deco |

About this item

$45.00

FREE delivery Friday, February 27. Details

Deliver to O - Chicago 60604

In stock

Usually ships within 4 to 5 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller QBearArtStore

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

2/12/26, 9:10 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Feb 27, 2026**



Quoc Bao Bear Art Jesus Blanket, Christian Fleece, Cross God Minky, Religious Bible Verse Holiday Bedding Gift, Catholic Christmas Faith Throw, Church Sherpa (White, 30x40 Fleece Blanket)

$45.00

Ships from QBearArtStore

Sold by QBearArtStore

Friday, Feb 27 FREE Delivery

1

Gift options not available

Place your order **Order total: $49.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use

Congratulations O, you are eligible for 30 days of Prime for $0!

Fast free delivery, exclusive deals, and more.

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & han

Estimated tax

Order tot

**VA 1-638-968**



# Order Summary

Order placed March 10, 2026 | Order # 113-7689610-4708209

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $45.00 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $45.00 |
| Estimated tax to be collected: | $4.61 |
| **Grand Total:** | **$49.61** |

## Arriving March 24



Quoc Bao Bear Art Jesus Blanket, Christian Fleece, Cross God Minky, Religious Bible Verse Holiday Bedding Gift, Catholic Christmas Faith Throw, Church Sherpa (White, 30x40 Fleece Blanket)

Sold by: QBearArtStore

Supplied by: Other

$45.00

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 009 HBF Art

2/10/26, 9:44 PM Amazon.com: Christian Blanket Inspirational Scripture Religious Spiritual Jesus Prayer Faith Throw Blanket Catholic Gifts for Adults...



Click to see full view



Ask Rufus

Is it machine washable? Can this be used outdoors? Is the blanket made from polyester?

Ask something else

## Christian Blanket Inspirational Scripture Religious Spiritual Jesus Prayer Faith Throw Blanket Catholic Gifts for Adults Women Men Super Soft Cozy Plush Fluffy Fuzzy Fleece Blanket Decor 40"X50"

$19.99

Price history

Size: 40"x50"

| 40"x50" | 50"x60" | 60"x80" |
|---|---|---|

Color: Jesus Prayer Faith

| | |
|---|---|
| Material | Flannel |
| Color | Jesus Prayer Faith |
| Brand | |
| Special Feature | Bagged |
| Style | Modern |

### About this item

- Premium Blanket: Fleece blankets are made from microfiber polyester Flannel and brushed to create extra softness. Premium Knitting and dying technique craft the blanket great performance in durability, no shedding, no color fading.
- Versatile Usage: Super soft and fuzzy blankets bring more comfort and ease in rest time. A perfect companion with our super cozy blanket while having a comfy nap at your work or watching TV series on the couch. And this lightweight blanket makes it convenient to use and carry outdoors, which is a must for a camp or travel.
- All Seasons Suitable: Perfect thickness for keeping warm and breathable all year round. Warping on this fuzzy blanket, lets the warmth envelop your body on chilly nights in fall or winter. Cover your lap with softness and cozy for enjoying yourself outside in spring or summer.
- Great Gift: This soft blanket is a great choice as another layer for your bed, good for lounging, camping and other outdoor use, perfect as a decoration on any couch, sofa or chair. Moreover, these cute blankets will be a perfect present for any occasion - Birthday, Christmas, New Year and other family holidays. Gifts for Mom and Dad, Friends, Adults, Teen, Girls, Boys, Dogs, Cats, Pets, Valentine's, Mother's and Father's Day

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$19.99

FREE delivery Tuesday, February 17 on orders shipped by Amazon over $35

Or Prime members get FREE delivery Thursday, February 12.

Join Prime

Arrives 2 days before Valentine's Day

Only 7 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Ships from Amazon

Sold by HBF Art

Add to List

Other sellers on Amazon

New (2) from $19.99 & FREE Shipping on orders over $35.00 shipped by Amazon.

---

2/10/26, 9:44 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Pickup available nearby

**Paying with Mastercard**[redacted] Change

Use a gift card, voucher, or promo code

Why pay for delivery?

**O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get your Prime eligible items **Thursday, Feb. 12** for FREE Cancel anytime.

**Arriving Feb 17, 2026**



Christian Blanket Inspirational Scripture Religious Spiritual Jesus Prayer Faith Throw Blanket Catholic Gifts for Adults Women Men Super Soft Cozy Plush Fluffy Fuzzy Fleece Blanket Decor 40"X50"

**$19.99**

Ships from Amazon.com

Sold by HBF Art

1

Add gift options

Thursday, Feb 12 — Fast, FREE Delivery — FREE Two-Day Delivery with your free trial of Prime

Tuesday, Feb 17 — $6.99 - Delivery

Thursday, Feb 12 — $9.99 - Two Day Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!

Get Two-Day Delivery on your Prime eligible items with your free trial

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & han

Estimated tax

Order tot

Place your order **Order total: $29.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

# VA 1-638-968



# Order Summary

Order placed March 10, 2026 | Order # 113-2793536-0782604

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $2.05 |
| **Grand Total:** | **$22.04** |

## Arriving Friday



Christian Blanket Inspirational Scripture Religious Spiritual Jesus Prayer Faith Throw Blanket Catholic Gifts for Adults Women Men Super Soft Cozy Plush Fluffy Fuzzy Fleece Blanket Decor 40"X50"

Sold by: HBF Art

Supplied by: Other

$19.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 010 LFF Art

2/10/26, 9:50 PM Amazon.com: Jesus Christ Blanket Christian Religious Faith Blanket Bible Verse Healing Inspirational Prayer Catholic Gifts for Wo…



Jesus Christ Blanket Christian Religious Faith Blanket Bible Verse Healing Inspirational Prayer Catholic Gifts for Women Men Scripture Spiritual Fleece Throw Blanket Home Decor for Bed Couch 40"x50"

$19.99

FREE Returns

Size: 40"x50"

Color: Jesus-1

Material Flannel
Color Jesus-1
Brand Beyrepe
Special Feature Bagged
Style Modern

About this item

In Stock

Add to cart

Buy Now

Other sellers on Amazon

2/10/26, 9:50 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to O O
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Pickup available nearby
Change

Paying with Mastercard[redacted]
Use a gift card, voucher, or promo code
Change

Why pay for delivery?
O, we're giving you Prime free for 30 days
Get your Prime eligible items Tomorrow, Feb. 11 for FREE
Try Prime free for 30 days
Cancel anytime.

Arriving Feb 13, 2026
If you order in the next 16 hours and 9 minutes

Jesus Christ Blanket Christian Religious Faith Blanket Bible Verse Healing Inspirational Prayer Catholic Gifts for Women Men Scripture Spiritual Fleece Throw Blanket Home Decor for Bed Couch 40"x50"
$19.99
& FREE Returns
Ships from Amazon.com
Sold by LFF Art

Wednesday, Feb 11
Fast, FREE Delivery
FREE One-Day Delivery with your free trial of Prime

Friday, Feb 13
$6.99 - Delivery

Tomorrow, Feb 11
$9.99 - One Day Delivery

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container

Congratulations O, you are eligible for 30 days of Prime for $0!
Get One-Day Delivery on your Prime eligible items with your free trial
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & han
Estimated tax
Order tot

VA 1-638-968



# Order Summary

Order placed March 10, 2026 | Order # 113-7506442-4449800

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $2.05 |
| **Grand Total:** | **$22.04** |

## Arriving tomorrow



Jesus Christ Blanket Christian Religious Faith Blanket Bible Verse Healing Inspirational Prayer Catholic Gifts for Women Men Scripture Spiritual Fleece Throw Blanket Home Decor for Bed Couch 40"x50"

Sold by: LFF Art

Supplied by: Other

$19.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 011 jing Static poster

2/10/26, 8:56 PM Amazon.com: ChJing God Religious Portrait Resurrection of Jesus Christ Poster Canvas Print HD Picture Modern Home Living Ro...



ChJing God Religious Portrait Resurrection of Jesus Christ Poster Canvas Print HD Picture Modern Home Living Room Kitchen Bedroom Aesthetic Wall Art Decor (12×18inch Unframed)

Brand: Chjing

Search this page

$16.00

Price history

Get $60 off instantly: Pay $0.00 $16.00 upon approval for the Amazon Store Card. No annual fee.

Size: 12×18inch Unframed

| | | | |
|---|---|---|---|
| 08×12inch Framed $25.00 | 08×12inch Unframed $13.00 | 12×18inch Framed $32.00 | 12×18inch Unframed $16.00 |
| 16×24inch Framed $51.00 | 16×24inch Unframed $21.00 | 20×30inch Unframed $27.00 | 20×30nch Framed $75.00 |
| 24×36inch Framed $100.00 | 24×36inch Unframed $31.00 | | |

- About the product: God Religious Portrait Resurrection of Jesus Christ canvas poster the perfect wall decoration, can add a warm and cozy atmosphere to a room while adding personality and style. Additionally, our store offers a variety of styles and designs to suit your taste. Whether you're looking for a bold, bright wall decoration or something understated and elegant, it's for you.
- About use: God Religious Portrait Resurrection of Jesus Christ posters and prints, very eye-catching! Suitable for all room aesthetics and room decorations. Your room, living room, kitchen, bathroom and other environments become very special, bright and beautiful. This is also the best gift for family, lovers, friends, classmates and teachers.
- About quality: Never compromise on quality, issued after strict

$16.00

$6.90 delivery February 23 - March 4. Details

Or fastest delivery February 17 - 19. Details

Deliver to oO - Chicago 60604

Only 20 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: jing Static poster

Returns: 30-day refund/replacement

Customer service: Amazon

See more

Save this item

Add to List

2/10/26, 8:57 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime

Try Prime free for 30 days

Cancel anytime.

**Arriving Feb 23, 2026 - Mar 4, 2026**

ChJing God Religious Portrait Resurrection of Jesus Christ Poster Canvas Print HD Picture Modern Home Living Room Kitchen Bedroom Aesthetic Wall Art Decor (12×18inch Unframed)

**$16.00**

Ships from jing Static poster

Sold by jing Static poster

1

Gift options not available

Monday, Feb 23 - Wednesday, Mar 4 — $6.90 Delivery

Tuesday, Feb 17 - Thursday, Feb 19 — $31.00 Delivery

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $16.00

Shipping & handling: $6.90

Place your order **Order total: $24.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

# VA 2-469-869



# Order Summary

Order placed March 10, 2026 | Order # 113-6159989-7754667

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $16.00 |
| Shipping & Handling: | $6.90 |
| Total before tax: | $22.90 |
| Estimated tax to be collected: | $1.64 |
| **Grand Total:** | **$24.54** |

## Arriving March 20 - March 31



ChJing God Religious Portrait Resurrection of Jesus Christ Poster Canvas Print HD Picture Modern Home Living Room Kitchen Bedroom Aesthetic Wall Art Decor (12×18inch Unframed)

Sold by: jing Static poster

Supplied by: Other

$16.00

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 012 GOOD PAPA

2/10/26, 9:05 PM Amazon.com: Christ Risen From The Tomb,He Is Risen Jesus Poster Home Decor Canvas Painting HD Picture Bedroom Decor W...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 5 Hour Delivery | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Amazon Business | Browsing History | Sell | Handmade

amazon business Shop Presidents' Day savings on bulk »

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Christ Risen From The Tomb,He Is Risen Jesus Poster Home Decor Canvas Painting HD Picture Bedroom Decor Wall Art Frameless And Framed Hanging (08×12inch-Framed)

Brand: VAKUUM

Search this page

$15.99

Price history

Get $60 off instantly: Pay $0.00 $15.99 upon approval for the Amazon Store Card. No annual fee.

- PERFECT DESIGN:Christ Risen From The Tomb,He Is Risen Jesus Poster Can Make Your Room Full Of Artistic Atmosphere.The It Is Sure To Captivate Wherever It Is Hung.
- MATERIAL AND PRINTGING:This Christ Risen From The Tomb,He Is Risen Jesus Poster The Production Material Is The Top Brand Premium Canvas. Adopting Professionally Printed With Fade Resistant Technology And Premium Inks Makes The Printed Poster More Colorful And Three-Dimensional,Ensure The Posters Has High Clarity.All Poster Prints Are Carefully Rolled And Packed.
- INSTALLATION INSTRUCTIONS:Our Christ Risen From The Tomb,He Is Risen Jesus Poster Has Two Choices, No Framed And Framed,If You Choose Have Framed ,Poster Was Neatly Wrapped On A Wooden Frame,If You Choose No Framed,Can Be Hung On The Wall Using Mounts,Clips, Push Pins Or Thumb Tacks.
- SURPRISE GIFT:It'S Perfect For Gift,Great For Home,Bar,Corridor,Office, Kids Bedroom, Home & Office Decoration,Thanksgiving,Birthday,Christmas, Children Day, Party Favors.
- AFTER-SALES GUARANTEE:We Are Proud Of Our Work And Stand Behind Our Product, If You Do Not Meet Your Expectations After Receiving The Goods, You Can Contact Us, We Will Help You To Get A Satisfactory Result!

› See more product details

Report an issue with this product or seller

$15.99

$5 delivery March 9 - 17. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller GOOD PAPA

Returns 30-day refund/replacement

Payment Secure transaction

See more

Save this item

Add to List

ZSHDEYMTOP Jesus Canvas Wal...

5.0 17

$24.29

Sponsored

2/10/26, 9:06 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

Special Offer

[redacted] **we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime Cancel anytime.

**Arriving Mar 9, 2026 - Mar 17, 2026**



Christ Risen From The Tomb,He Is Risen Jesus Poster Home Decor Canvas Painting HD Picture Bedroom Decor Wall Art Frameless And Framed Hanging (08×12inch-Framed)

$15.99

Ships from GOOD PAPA

Sold by GOOD PAPA

1

Gift options not available

Monday, Mar 9 - Tuesday, Mar 17

$5.00 Delivery

Place your order **Order total: $22.63**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

# VA 2-469-869



# 013 ding qing Bridge poster

2/10/26, 9:09 PM Amazon.com: Resurrection of Jesus Christ God Religious Portrait Poster Modern Wall Art HD Picture Canvas Printing Family Bedro...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 5 Hour Delivery | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Amazon Business | Browsing History | Sell | Handmade

amazon business Shop Presidents' Day savings on bulk ›

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Resurrection of Jesus Christ God Religious Portrait Poster Modern Wall Art HD Picture Canvas Printing Family Bedroom Office Artwork Decor (16x24-framed)

Brand: ZjkhOp

Search this page

$50.00

Price history

Or $12.50 /2 weeks (x4). Select from 2 plans

Get $60 off instantly: Pay $0.00 ~~$50.00~~ upon approval for the Amazon Store Card. No annual fee.

Size: 16x24-framed

| | | | |
|---|---|---|---|
| 08x12-framed $25.00 | 12x18-framed $51.00 | 16x24-Unframed $20.00 | 16x24-framed $50.00 |
| 20x30-Unframed $26.00 | 20x30-framed $75.00 | 24x36-Unframed $34.00 | 24x36-framed $100.00 |
| 36"L x 24"W $13.00 | 36L" x 24W" $15.00 | | |

- PERFECT DESIGN :Resurrection of Jesus Christ God Religious Portrait Poster can make your room full of artistic atmosphere.the It is sure to captivate wherever it is hung.Demonstrate a unique personal style.5 size for choice(1 inch=2.54cm),Framed and unframed options available
- Installation Instructions: Our Resurroction of Jesus Christ God Religious Portrait are available in two options, unframed and framed, if you choose framed the poster will be wrapped neatly around the wooden frame, if you choose unframed you can use stands, clips, push pins or pins.
- Materials and printing: Resurrection of Jesus Christ God Religious Portrait Poster is made of high-quality canvas from . Professional

$50.00

$16 delivery March 4 - 24. Details

Or fastest delivery February 17 - 19. Details

Deliver to oO - Chicago 60604

Only 18 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: ding qing Bridge poster

Returns: 30-day refund/replacement

Customer service: Amazon

See more

Save this item

Add to List

2/10/26, 9:10 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Select a payment plan

Use a gift card, voucher, or promo code

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Mar 4, 2026 - Mar 24, 2026**

Resurrection of Jesus Christ God Religious Portrait Poster Modern Wall Art HD Picture Canvas Printing Family Bedroom Office Artwork Decor (16x24-framed)

$50.00

Ships from ding qing Bridge poster

Sold by ding qing Bridge poster

1

Gift options not available

Wednesday, Mar 4 - Tuesday, Mar 24 $16.00 Delivery

Tuesday, Feb 17 - Thursday, Feb 19 $46.00 Delivery

Place your order **Order total: $71.13**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

**VA 2-469-869**



# Order Summary

Order placed March 10, 2026 | Order # 113-9667368-9341036

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $50.00 |
| Shipping & Handling: | $16.00 |
| Total before tax: | $66.00 |
| Estimated tax to be collected: | $5.13 |
| **Grand Total:** | **$71.13** |

## Arriving March 31 - April 21



Resurrection of Jesus Christ God Religious Portrait Poster Modern Wall Art HD Picture Canvas Printing Family Bedroom Office Artwork Decor (16x24-framed)

Sold by: ding qing Bridge poster

Supplied by: Other

$50.00

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 014 jia yi Decompression poster

2/10/26, 9:45 PM Amazon.com: YYNLJY Resurrection of Jesus Christ God Religious Poster Canvas Wall Art Simple Aesthetic Decoration Bedroom B…

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Today's Deals | Customer Service | Keep Shopping For | Amazon Home | Buy Again

amazon business Powerful laptops, budget-friendly ›

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

YYNLJY Resurrection of Jesus Christ God Religious Poster Canvas Wall Art Simple Aesthetic Decoration Bedroom Bathroom Dormitory Home Decoration (Unframed,08×12inch)

Brand: YYNLJY

Search this page

$13.00

Price history

Get $60 off instantly: Pay $0.00 ~~$13.00~~ upon approval for the Amazon Store Card. No annual fee.

Color: Unframed

$13.00 | 1 option from $23.00

Size: 08×12inch

08×12inch | 12×18inch | 16×24inch | 20×30inch | 24×36inch

- VIBRANT WORK:The Resurrection of Jesus Christ God Religious poster is produced using high-quality printing technology, ensuring vibrant colors and crisp details, and is sure to look stunning no matter where it is hung!
- FEATURES OF THIS PRODUCT: This unique and precious poster is worthy of our collection. We pursue high-quality canvas posters that are better than paper posters. Thick natural canvas, bright

$13.00

$4.49 delivery March 10 - 25. Details

Deliver to O - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: jia yi Decompression poster

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

2/10/26, 9:46 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Mar 10, 2026 - Mar 25, 2026**



YYNLJY Resurrection of Jesus Christ God Religious Poster Canvas Wall Art Simple Aesthetic Decoration Bedroom Bathroom Dormitory Home Decoration (Unframed,08×12inch)

$13.00

Ships from jia yi Decompression poster

Sold by jia yi Decompression poster

1

Gift options not available

Tuesday, Mar 10 - Wednesday, Mar 25 $4.49 - Delivery

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O, you are eligible for 30 days of Prime for $0!

Try Prime Free

# VA 2-469-869



# Order Summary

Order placed March 10, 2026 | Order # 113-4089717-1433001

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.00 |
| Shipping & Handling: | $4.49 |
| Total before tax: | $17.49 |
| Estimated tax to be collected: | $1.33 |
| **Grand Total:** | **$18.82** |

## Arriving April 7 - April 22



YYNLJY Resurrection of Jesus Christ God Religious Poster Canvas Wall Art Simple Aesthetic Decoration Bedroom Bathroom Dormitory Home Decoration (Unframed,08×12inch)

Sold by: jia yi Decompression poster

Supplied by: Other

$13.00

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

015 xukunlanSXDF

2/10/26, 9:01 PM Amazon.com: Resurrection Theme Wall Art Poster Hanging Posters Canvas Print Painting HD Picture for Wall Art Bedroom Living ...



Click to see full view

Resurrection Theme Wall Art Poster Hanging Posters Canvas Print Painting HD Picture for Wall Art Bedroom Living Room Decor

Brand: Generic

$38.00

Price history

Size: 24x36inch(60x90cm)

12x18inch(30x45cm) | 08x12inch(20x30cm) | 16x24inch(40x60cm) | 20x30inch(50x75cm) | 24x36inch(60x90cm)

Color: Unframe-style

$108.00 | $38.00

- This Resurrection Theme Wall Art Poster poster is suitable for hanging on most walls. It may add a little fun to your life and enhance the artistic atmosphere, making your space not so ordinary.
- Our Canvas Poster Ready to hang, The art comes ready to hang with no installation required. each of them are ready to hang anywhere with hook already mounted on the back.
- All poster prints may vary slightly from what you see on your screen due to the resolution and colour profile of your device. These prints look AMAZING when displayed in a frame or straight on the wall.
- We will provide framed and frameless versions, Available sizes 8×12, 12×18, 16×24, 20×30 or 24×36 inch

$38.00

FREE delivery February 19 - 23. Details

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Returns: 30-day refund/replacement

Customer service: Amazon

Save this item

Add to List

2/10/26, 9:02 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime

Try Prime free for 30 days

Cancel anytime.

**Arriving Feb 19, 2026 - Feb 23, 2026**



Resurrection Theme Wall Art Poster Hanging Posters Canvas Print Painting HD Picture for Wall Art Bedroom Living Room Decor

$38.00

Ships from xukunlanSXDF

Sold by xukunlanSXDF

Gift options not available

Thursday, Feb 19 - Monday, Feb 23

FREE Delivery

Place your order

**Order total: $41.90**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

**VA 2-469-869**



# Order Summary

Order placed March 10, 2026 | Order # 113-9510391-7516204

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $38.00 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $38.00 |
| Estimated tax to be collected: | $3.90 |
| **Grand Total:** | **$41.90** |

## Arriving March 18 - March 20



Resurrection Theme Wall Art Poster Hanging Posters Canvas Print Painting HD Picture for Wall Art Bedroom Living Room Decor

Sold by: xukunlanSXDF

Supplied by: Other

$38.00

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

016 xian you tong bo shang mao you xian gong si

2/12/26, 9:11 PM Amazon.com: Christ Jesus Emerging from The Tomb Poster Decorative Painting Canvas Wall Art Living Room Posters Bedroom Pa…

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Today's Deals | Customer Service | 10:48:21

Finish your phone upgrade, save with Trade-In Shop now

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Christ Jesus Emerging from The Tomb Poster Decorative Painting Canvas Wall Art Living Room Posters Bedroom Painting 20x40inch(50x100cm)

Brand: Generic

Search this page

$96.00

Price history

Or $24.00 /2 weeks (x4). Select from 2 plans

Get $50 off instantly: Pay $46.00 upon approval for Amazon Visa. No annual fee.

**Delivery & Support**

Select to learn more

Ships from xian you tong bo shang mao you xian gong si | 30-day easy returns | Customer Support

Size: 20x40inch(50x100cm)

| | | |
|---|---|---|
| 12x24inch(30x60cm) Currently unavailable | 08x16inch(20x40cm) Currently unavailable | 16x32inch(40x80cm) Currently unavailable |
| 20x40inch(50x100cm) $96.00 | 24x46inch(60x116cm) $115.00 | |

$96.00

$206 delivery February 26 - March 9. Details

Deliver to O - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: xian you tong bo shang mao you xian gong si

Returns: 30-day refund/replacement

Customer service: Amazon

See more

Add to List

2/12/26, 9:12 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Select a payment plan

Use a gift card, voucher, or promo code

Special Offer

**O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime

**Arriving Feb 26, 2026 - Mar 9, 2026**



Christ Jesus Emerging from The Tomb Poster Decorative Painting Canvas Wall Art Living Room Posters Bedroom Painting 20x40inch(50x100cm)

$96.00

Ships from xian you tong bo shang mao you xian gong si

Sold by xian you tong bo shang mao you xian gong si

1

Gift options not available

Thursday, Feb 26 - Monday, Mar 9

$206.00 - Delivery

Place your order

**Order total: $311.84**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations O, you are eligible for 30 days of Prime for $0!

Fast free delivery, exclusive deals, and more.

Try Prime free

**VA 2-469-869**



# 017 NGỌC HUY BẾCH DOG SHOP789

2/10/26, 7:59 PM Amazon.com: Jesus Christ with Children Poster Canvas Print Wall Art Picture Print Poster Modern Home Wall Decor Bedroom Aest…

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Amazon Business | Browsing History | Sell | Handmade



Jesus Animal Canvas Wall Art Christian Jesus And Yellow Dog 4.9 7 $26.99 Shop now

Sponsored

Home & Kitchen › Wall Art › Posters & Prints





Click to see full view

Ask Rufus

What room is this poster good for? | Is it printed on canvas? | Does it come with a frame? | Ask something else

Jesus Christ with Children Poster Canvas Print Wall Art Picture Print Poster Modern Home Wall Decor Bedroom Aesthetics Living Room Office Décor (08x12inch,No Framed)

Brand: GURDO

Search this page

$12.50

Price history

Get $60 off instantly: Pay $0.00 $12.50 upon approval for the Amazon Store Card. No annual fee.

Report an issue with this product or seller

one medical — Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now ›

$12.50

$5.64 delivery February 20 - 24. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 4 to 5 days

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: NGOC HUY BECH DOG SHOP789

Returns: 30-day refund/replacement

Customer service: NGOC HUY BECH DOG SHOP789

See more

Save this item

Add to List

Other sellers on Amazon

New (2) from $10.00 + $6.00 shipping



2/10/26, 8:09 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard [redacted]** Change
Use a gift card, voucher, or promo code

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Try Prime free for 30 days Cancel anytime.

**Arriving Feb 20, 2026 - Feb 24, 2026**



Jesus Christ with Children Poster Canvas Print Wall Art Picture Print Poster Modern Home Wall Decor Bedroom Aesthetics Living Room Office Décor (08x12inch,No Framed)
$12.50
Ships from NGOC HUY BECH DOG SHOP789
Sold by NGOC HUY BECH DOG SHOP789

1

Gift options not available

Friday, Feb 20 - Tuesday, Feb 24
$5.64 Delivery

Place your order **Order total: $17.42**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $12.50 |
| Shipping & handling: | $5.64 |
| Estimated tax to be collected:* | $1.28 |
| **Order total:** | $17.42 |

**VA 1-683-966**



# Order Summary

Order placed March 10, 2026 | Order # 113-3762979-6603432

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $12.50 |
| Shipping & Handling: | $3.64 |
| Total before tax: | $16.14 |
| Estimated tax to be collected: | $1.28 |
| **Grand Total:** | **$17.42** |

## Arriving March 19 - March 23



Jesus Christ with Children Poster Canvas Print Wall Art Picture Print Poster Modern Home Wall Decor Bedroom Aesthetics Living Room Office Décor (08x12inch,No Framed)

Sold by: NGỌC HUY BẾCH DOG SHOP789

Supplied by: Other

$12.50

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 018 ZeroElec

2/10/26, 8:14 PM Amazon.com: Jesus Christ with Children Poster Canvas Print Wall Art Picture Print Poster Modern Home Wall Decor Bedroom Aest...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Browsing History | Sell | Handmade | Subscribe & Save | Household, Health & Baby Care

amazon business — Shop Presidents' Day savings on bulk ▸

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Jesus Christ with Children Poster Canvas Print Wall Art Picture Print Poster Modern Home Wall Decor Bedroom Aesthetics Living Room Office Décor (08x12inch,No Framed)

Brand: GURIDO

Search this page

$10.03

Price history

Get $60 off instantly: Pay $0.00 ~~$10.03~~ upon approval for the Amazon Store Card. No annual fee.

Report an issue with this product or seller

one medical — **Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now >

$10.03

$6 delivery **March 10 - 18.** Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: ZeroElec

Returns: 30-day refund/replacement

Customer service: ZeroElec

See more

**Save this item**

Add to List

**Other sellers on Amazon**

New (2) from $10.03 + $6.00 shipping

Ask Rufus

What room is this poster good for? | Is it printed on canvas? | Does it come with a frame?

Ask something else

2/10/26, 8:18 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** Change

Use a gift card, voucher, or promo code

Special Offer

**we're giving you Prime free for 30 days** — Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Mar 10, 2026 - Mar 18, 2026**



Jesus Christ with Children Poster Canvas Print Wall Art Picture Print Poster Modern Home Wall Decor Bedroom Aesthetics Living Room Office Décor (08x12inch,No Framed)

**$10.03**

Ships from ZeroElec

Sold by ZeroElec

1

Gift options not available

Tuesday, Mar 10 - Wednesday, Mar 18
$6.00 Delivery

Place your order — **Order total: $17.06**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

**Congratulations** you are eligible for **30 days of Prime for $0!**

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $10.03 |
| Shipping & handling: | $6.00 |
| Estimated tax to be collected:* | $1.03 |
| **Order total:** | $17.06 |

**VA 1-683-966**



# 019 jian xiong HD poster

2/10/26, 8:26 PM Amazon.com: Jesus Christ with Children Poster Prints Canvas Painting Wall Art for Living Room Bedroom Printins Wall Decor Gift (...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Amazon Business | Browsing History | Sell | Handmade

Upgrade your headphones
Hear richer sound and deeper bass
Shop now

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Jesus Christ with Children Poster Prints Canvas Painting Wall Art for Living Room Bedroom Printins Wall Decor Gift (12x18inch-No Framed)

Brand: Generic

Search this page

$19.99

Price history

Get $60 off instantly: Pay $0.00 $19.99 upon approval for the Amazon Store Card. No annual fee.

Size: 12x18inch-No Framed

| | | | |
|---|---|---|---|
| 8x12inch-Framed $24.99 | 8x12inch-No Framed $9.99 | 12x18inch-Framed $34.99 | 12x18inch-No Framed $19.99 |
| 16x24inch-Framed $59.99 | 16x24inch-No Framed $29.99 | 20x30inch-Framed $79.99 | 20x30inch-No Framed $34.99 |
| 24x36inch-Framed $99.99 | 24x36inch-No Framed $39.99 | | |

- [Creative Wall Décor]: Explore designs that range from soft-toned abstracts to vibrant illustrations. These posters suit modern homes, studios, or cafes looking for character and charm.
- [Fine Printing Results]: Produced using precise printing methods that highlight texture and detail, offering artwork that looks fresh and expressive on your wall.
- [Resilient Canvas Surface]: Built from thick canvas with water- and fade-resistant properties. The durable structure supports long-lasting color and texture retention.
- [Framed or Frameless Choice]: Personalize your purchase with layout options—unframed for a minimal approach or framed for added visual depth. Each style helps your artwork blend seamlessly with your surroundings.
- [Quick & Easy Hanging]: Lightweight and convenient to display without heavy tools. Ideal for anyone wishing to refresh their

$19.99

FREE delivery Tuesday, February 24. Details

Or fastest delivery February 17 - 19. Details

Deliver to oO - Chicago 60604

Only 20 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: jian xiong HD poster

Returns: 30-day refund/replacement

Customer service: Amazon

See more

Save this item

Add to List

2/10/26, 8:27 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Feb 24, 2026**



Jesus Christ with Children Poster Prints Canvas Painting Wall Art for Living Room Bedroom Printins Wall Decor Gift (12x18inch-No Framed)
**$19.99**
Ships from jian xiong HD poster
Sold by jian xiong HD poster

1

Gift options not available

Tuesday, Feb 24
FREE Delivery

Tuesday, Feb 17 - Thursday, Feb 19
$10.00 Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $2.05 |
| **Order total:** | **$22.04** |

Place your order

**Order total: $22.04**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

**VA 1-683-966**



# Order Summary

Order placed March 10, 2026 | Order # 113-9035941-3607417

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $2.05 |
| **Grand Total:** | **$22.04** |

## Arriving March 18



Jesus Christ with Children Poster Prints Canvas Painting Wall Art for Living Room Bedroom Printins Wall Decor Gift (12x18inch-No Framed)

Sold by: jian xiong HD poster

Supplied by: Other

$19.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 020 TiansS(US Art Studio)

2/10/26, 8:22 PM Amazon.com: Inspirational Jesus Art Print Children Interaction Poster Faith-Based Decor for Church Nursery Living Room-Unframe…

amazon Deliver to oO Chicago 60604 | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart
All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Amazon Business | Browsing History | Sell | Handmade
Upgrade your headphones — Hear richer sound and deeper bass — Shop now

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

### Inspirational Jesus Art Print Children Interaction Poster Faith-Based Decor for Church Nursery Living Room-Unframed-20x30inch

Brand: Generic
Search this page

$39.99
Price history

Get $60 off instantly: Pay $0.00 ~~$39.99~~ upon approval for the Amazon Store Card. No annual fee.

FREE Returns
Color: **Unframed**
$39.99 | $89.99
Size: **20x30inch**
08x12inch | 12x18inch | 16x24inch | 20x30inch | 24x36inch

- Water-Resistant Wall Art : Crafted with durable canvas and fade-resistant ink, mounted on a solid wood frame for lasting stability. Features pre-installed hanging hardware for quick display
- Long-Lasting Color : Advanced pigment technology helps protect against UV fading and humidity, suitable for various rooms. Textured canvas adds depth for an art gallery aesthetic
- Versatile Style for Any Space : Easily enhance bedroom accent walls, home offices, dining areas, or entryways. Lightweight framed prints complement modern farmhouse, bohemian, minimalist, and coastal decor. Ideal for apartments and larger homes alike
- Ideal Gift-Ready Artwork : Suitable for housewarming celebrations, wedding registries, anniversaries, or holiday occasions. Ships in reinforced packaging with pre-assembled

$39.99
FREE delivery **Friday, February 20**. Details
Deliver to oO - Chicago 60604
**Only 7 left in stock - order soon.**
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: TiansS(US Art Studio)
Returns: FREE 90-day refund/replacement
Customer service: Amazon
See more
**Save this item**
Add to List

2/10/26, 8:23 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard**[redacted] Change
Use a gift card, voucher, or promo code

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime
Try Prime free for 30 days
Cancel anytime.

**Arriving Feb 20, 2026**



Inspirational Jesus Art Print Children Interaction Poster Faith-Based Decor for Church Nursery Living Room-Unframed-20x30inch
**$39.99**
& FREE Returns
Ships from TiansS(US Art Studio)
Sold by TiansS(US Art Studio)
1
Gift options not available

Friday, Feb 20
FREE Delivery

Place your order | **Order total: $44.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

**Congratulations**[redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $4.10 |
| **Order total:** | $44.09 |

# VA 1-683-966



# Order Summary

Order placed March 10, 2026 | Order # 113-3155910-9768206

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $39.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $4.10 |
| **Grand Total:** | **$44.09** |

## Arriving March 19



Inspirational Jesus Art Print Children Interaction Poster Faith-Based Decor for Church Nursery Living Room-Unframed-20x30inch

Sold by: TiansS(US Art Studio)

Supplied by: Other

$39.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 021 ZhangHaojing

2/10/26, 7:54 PM Amazon.com: Vintage Jesus And Children Canvas Painting Print Jesus Teaching Children Picture Poster Christian Education Nurse…

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Amazon Business | Browsing History | Sell | Handmade

Prime members save up to 80% on meds | Learn more | amazon pharmacy

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

Vintage Jesus And Children Canvas Painting Print Jesus Teaching Children Picture Poster Christian Education Nursery Wall Decor Art Christian God Modern Paintings Artwork for Living Room Bedroom Decor

Brand: generic

Search this page

$12.90

Price history

Get $60 off instantly: Pay $0.00 ~~$12.90~~ upon approval for the Amazon Store Card. No annual fee.

Size: 08x12inch(20x30cm)

| 12x18inch(30x45cm) | 08x12inch(20x30cm) | 16x24inch(40x60cm) | 20x30inch(50x75cm) | 24x36inch(60x90cm) |
|---|---|---|---|---|
| $15.90 | $12.90 | $19.90 | $25.90 | $35.90 |

Color: Unframe-style

- Christian Wall Art Size: The sizes of this God Christian themed wall decoration painting are 08*12 inches (20x30cm), 12x18 inches (30x45cm) and 16x24 inches (40x60cm), 20*30 inches (50x75cm), 24*36 inches (60x90cm), framed and unframed for your reference and selection, please measure your wall and choose the right size.
- High-Quality Religious Canvas Prints: Our Jesus Christ themed painting canvas print artwork decorations are printed on high-quality canvas with the highest quality fade-resistant inks to ensure vivid colors, clear details, long-lasting beauty, and harmless to babies' health, you can buy with confidence, the canvas has a clean texture, which will make the print look more

$12.90

$8 delivery February 25 - March 6. Details

Or fastest delivery February 19 - 23. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: ZhangHaojing

Returns: 30-day refund/replacement

Customer service: Amazon

See more

Save this item

Add to List

---

2/10/26, 7:56 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Use a gift card, voucher, or promo code

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Feb 25, 2026 - Mar 6, 2026**



Vintage Jesus And Children Canvas Painting Print Jesus Teaching Children Picture Poster Christian Education Nursery Wall Decor Art Christian God Modern Paintings Artwork for Living Room Bedroom Decor

**$12.90**

Ships from ZhangHaojing

Sold by ZhangHaojing

1

Gift options not available

(selected) **Wednesday, Feb 25 - Friday, Mar 6**
$8.00 Delivery

**Thursday, Feb 19 - Monday, Feb 23**
$17.00 Delivery

Place your order

**Order total: $22.22**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations[redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $12.90 |
| Shipping & handling: | $8.00 |
| Estimated tax to be collected:* | $1.32 |

**Order total:**

# VA 1-704-416



# 022 VIỆT THẮNG IPHONE6

2/10/26, 7:50 PM Amazon.com: Yonsibing Jesus with Children Picture Wall Art Jesus Christ Prints Poster Nature Artwork for Kitchen Printed Canvas ...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Books | Music | Groceries | Buy Again | Audible | Pet Supplies | Amazon Business | Browsing History | Sell | Handmade

Prime members save up to 80% on meds | amazon pharmacy



Click to see full view

Yonsibing Jesus with Children Picture Wall Art Jesus Christ Prints Poster Nature Artwork for Kitchen Printed Canvas Oil Paintings for Hallway (24.00"x36.00",Framed)

Search this page

$95.50

Price history

Or $23.88 /2 weeks (x4). Select from 2 plans

Report an issue with this product or seller

$95.50

$3.36 delivery **Wednesday, February 25**. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 4 to 5 days

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | VIET THẮNG IPHONE6 |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Save this item**

Add to List

**Products related to this item** Sponsored Page 1 of 58

2/10/26, 7:51 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Select a payment plan

Use a gift card, voucher, or promo code

Special Offer

[redacted] **we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Feb 25, 2026**

Yonsibing Jesus with Children Picture Wall Art Jesus Christ Prints Poster Nature Artwork for Kitchen Printed Canvas Oil Paintings for Hallway (24.00"x36.00",Framed)

$95.50

Ships from VIET THẮNG IPHONES

Sold by VIỆT THẮNG IPHONE6

1

Gift options not available

Wednesday, Feb 25 $3.36 Delivery

Place your order **Order total: $108.65**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $95.50 |
| Shipping & handling: | $3.36 |
| Estimated tax to be collected:* | $9.79 |

**Order total:**

# VA 1-704-416



## 023 The Berea Company

2/10/26, 10:09 PM Jesus Christ Blanket Christian Religious Faith Blanket Bible Verse Healing Inspirational Prayer Catholic Gifts for Women Men Scri...

Pickup or delivery? 13th Floor, 2011 Nevada Blvd • Charlotte...

Search everything at Walmart online and in store

Reorder My Items | Hi, OO Account | $0.00

Departments | Services | Get it Fast | Rollbacks & More | Valentine's Day | Virtual Care | New Arrivals | bettergoods | Dinner Made Easy | My Items | Walmart+ | More





Aosplari

**Jesus Christ Blanket Christian Religious Faith Blanket Bible Verse Healing Inspirational Prayer Catholic Gifts for Women Men Scripture Spiritual Fleece Throw Blanket Home Decor for Bed Couch 60"x80"**

(No ratings yet)

Size: 60" x 80"

50" x 60" | 60" x 80" $31.99

Actual Color: Jesus-1

**Key item features**

- Premium Fleece Blanket: Blankets Are Made From Flannel Microfiber Polyester And Brushed To Create Extra Softness On Both Sides. The Excellent Stripe Pattern With Touching Offers You Amazing Senses And Super Warmth. While Lightweight Blankets Keep You From Breaking Out In A Sweat.
- Versatile Usages: Super Soft And Fuzzy Blankets Bring More Comfort And Ease in Rest Time. A Perfect Companion With Our Super Cozy Blanket While Having A Comfy Nap At Your Work Or Watching Tv Series On The Couch.
- All Seasons Suitable: Perfect Thickness For Keeping Warm And Breathable All Year Round. Warping On This Fuzzy Blanket, Lets The Warmth Envelop Your Body On Chilly Nights In Fall Or Winter. Cover Your Lap With Softness And Cozy For Enjoying Yourself Outside in Spring Or Summer.

**$31.99**

Price when purchased online

Free 30-day returns

Buy now

Add to cart

How you'll get this item:

Shipping Arrives between Feb 28 - Mar 7 $3.00 | Pickup Not available | Delivery Not available

13th Floor, 2011 Nevada Blvd Change

Arrives between Feb 28 - Mar 7 | More options

Shipping fee $3.00

Sold and shipped by The Berea Company

(4.5) 130 seller reviews

Report an issue with this seller

Free 30-day returns Details

Add to list | Add to registry



$18.99

Christian Gifts for Men - Baptism Gifts for Boys & Men - Bible Verse...

2/10/26, 10:09 PM Review your order - Walmart.com

**1. Shipping, arrives between Thu, Feb 26–Thu, Mar 5**

OO

111 W Jackson Blvd, Chicago, IL 60604 Edit

**Delivery instructions**

**Gate codes or other useful information** Edit

House

**Items details** Hide details

**Arrives between Thu, Feb 26 — Thu, Mar 5** 1 item

Sold and shipped by The Berea Company

$3.00 seller shipping fee



Jesus Christ Blanket Christian Religious Faith Blanket Bible Verse Healing Inspirational Prayer Catholic...

Size: 60"x80", Actual Color: Jesus-1

**$31.99**

Remove − 1 +

**2. Payment method**

| | |
|---|---|
| Subtotal (1 item) | $31.99 |
| Seller shipping | $3.00 |
| Estimated taxes | $3.59 |
| **Estimated total** | **$38.58** |

Have a promo code

**VA 1-638-968**



**Sep 16, 2026 order** | Order# 2000154-02902949

Print invoice

Freight shipping

**Arrives between Sat, Sep 26 - Wed, Sep 30**

Sold and shipped by The Berea Company

Placed · Preparing · On the way · Delivered

**1 item**



Jesus Christ Blanket Christian Religious Faith Blanket Bible Verse Healing Inspirational Praye...

**$31.99**

Actual Color: Jesus-1

Size: 60"x80"

Qty 1

Contact seller to ask about your order

**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

Edit payment method

Contact seller

Change delivery address

Cancel delivery

Need more help? Visit our help center.

Freight shipping

**Address**

[redacted]

1111 West 35th Street, 15th floor,
Chicago, IL 60609

**Delivery instructions**

[redacted]

We'll leave your order at the door

**Payment method**

VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal (1 item)** | **$31.99** |
| Seller shipping fee | $3.00 |
| Taxes | $3.67 |
| **Total** | **$38.66** |

**Charge history**

Your transaction activity for this order

Order# 2000154-02902949

**Cancel order**

# 024 LENGJINGI







VA 1-638-968



025 Igy holiday poster







VA 1-638-968



026 shawncraft.com

2/10/26, 12:34 AM — Jesus Moo Deng T-Shirt – ShawnCraft

ShawnCraft

Home · New In · Best Seller · Graphic Shirt · Embroidered · Cat · Mama · Dad · Christmas · Halloween · Reviews



**Jesus Moo Deng T-Shirt**

$24.99 USD

Size: S · M · L · XL · 2XL · 3XL

Quantity: 1

Add to cart

PayPal

Pay Later

Frequently bought together:

Jesus Moo Deng T-Shirt — $24.99 USD

Hangin There It Gets Worse T-shirt — $24.99 USD

Total: $44.98 USD — Save $5.00 USD

ADD TO CART (2)

Product Description:

- Material: 100% Cotton
- Thickness: Standard
- Item Type: T-shirt
- Decoration: None
- Clothing Length: Regular
- Closure Type: None
- Pattern Type: Print
- Style: Casual

Shipping

2/10/26, 12:38 AM — shawncraft.com/1645426470535/checkouts/c2c4a7d868e8f760f4c672a9b77083c2?buyScence=cart

**ShawnCraft**

Cart > Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | Update |
| Ship to | 111 W JACKSON BLVD, CHICAGO Illinois 60604-3589, United States | Update |
| Methods | Standard Shipping · $6.99 | Update |

Add a tip

Show your support for the team at ShawnCraft

Payment

All transactions are secure and encrypted

- PayPal
- Credit Card
- Apple Pay
- Google Pay
- Apple Pay

< Return to Shipping

Powered by PayPal

Jesus Moo Deng T-Shirt — $24.99

Buy 2, 10% OFF — COPY

Coupon code — Apply

| | |
|---|---|
| Subtotal | $24.99 |
| Shipping | $6.99 |
| GST | $2.00 |
| Total | USD $33.98 |

**VA 1-638-968**



Case: 1:26-cv-11003 Document #: 21-1 Filed: 09/29/26 Page 43 of 71 PageID #:229

**ShawnCraft** **−$33.98 USD**
26 February 2026 . Payment

**Paid with**

"PPPurchase" $33.98 USD
[redacted]
([redacted]
[redacted]
You'll see "PAYPAL *SHAWNCRAFT 64QS" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
none
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5SS142204R163245X

**Seller info**

ShawnCraft
+86 13143365581
**service@shawncraft.com**

**Invoice ID**

24074118255853227709l
9-001

**Order summary**

| | |
|---|---|
| Jesus Moo Deng T-Shirt | $24.99 USD |
| Shipping | **$6.99 USD** |
| Handling | **$2.00 USD** |
| **Total** | **$33.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

# 027 jujumini.com

2/10/26, 3:01 PM　　Jesus Moo Deng T-Shirt – Jujumini

Jujumini

HOME　BEST SELLER　RETRO　REVIEWS



Jesus Moo Deng T-Shirt

$24.99 USD

Size: S M L XL 2XL 3XL

Quantity: 1

Add to cart

PayPal

Frequently bought together:



Jesus Moo Deng T-shirt — $24.99 USD

Crazy Rats Vintage 90s T-shirt — $24.99 USD

Total: $44.98 USD　Save $5.00 USD

BUY TOGETHER

Size Chart

| Size | Width | Length |
|---|---|---|
| S | [illegible] | [illegible] |
| M | [illegible] | [illegible] |
| L | [illegible] | [illegible] |
| XL | [illegible] | [illegible] |
| 2XL | [illegible] | [illegible] |

2/10/26, 3:04 PM　　jujumini.com/1721986153980/checkouts/c2c4a7d883d1d5c76292d2b3a067a2b0?buyScence=cart

Jujumini

Cart > Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | Update |
| Ship to | 111 W JACKSON BLVD, CHICAGO Illinois 60604-3589, United States | Update |
| Methods | Free Shipping On Order 129+ · $7.00 | Update |

Payment

All transactions are secure and encrypted

- PayPal
- Credit Card
- Google Pay
- Apple Pay
- Apple Pay

Return to Shipping　　PayPal

Jesus Moo Deng T-Shirt　$24.99

Buy 2, 10% OFF　Code: FB10　COPY　More

Coupon code　Apply

Subtotal　$24.99

Shipping　$7.00

Total　USD $31.99

Why choose u

Over 34,245 successfully s

30-day Satisfaction guaran Back

- Return guarantee within 30 days
- Authentic guarantee
- Support cash on delivery

**VA 1-638-968**



**beautyclothesstore**
26 February 2026 . Payment

**−$31.99 USD**

**Paid with**

"PPPurchase" $31.99 USD
[redacted]
You'll see "PAYPAL *BEAUTYCLOTHUMR2" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5LK06403T29759331

**Seller info**

beautyclothesstore
**service@beautyclothesstore.com**

**Invoice ID**

2407411831850606298942-001

**Order summary**

| | |
|---|---|
| Jesus Moo Deng T-Shirt | $24.99 USD |
| Shipping | **$7.00 USD** |
| **Total** | **$31.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

028 thegoodshirts.com

2/9/26, 11:35 PM

Jesus Moo Deng. – Good Shirts

GOODSHIRTS NEW ALL SHIRTS ACCESSORIES COLLECTIONS ABOUT US



# Jesus Moo Deng.

$29.00 USD

Pay over time for orders over $35.00 with shop Pay Learn more

Style:

Regular (Gildan 5000) | Comfort Colors 1717

Size:

S | M | L | XL | 2XL | 3XL

1 ADD TO CART

DESCRIPTION | SIZE CHART

We appreciate your patience. Our shirts take typically around two weeks to reach their final destination. Regular printed on a Gildan 5000.



HIGH QUALITY 4.8 Stars Customer Rating | TRUSTED Over 150,000+ Shirts Sold | SATISFACTION GUARANTEE Doesn't cover wives.

YOU MAY ALSO LIKE

2/9/26, 11:39 PM

Payment - Good Shirts - Checkout

Good Shirts

Cart > Information > Shipping > Payment

Contact [redacted] Change

Ship to 111 W JACKSON BLVD, CHICAGO IL 60604-3589, United States Change

Shipping method US Flat Rate · $6.99

Payment

All transactions are secure and encrypted.

Credit card VISA +5

Card number

Expiration date (MM / YY) | Security code

Name on card Oo Ooo

Shop Pay · Pay in full or in installments shop

PayPal PayPal

Afterpay

Billing address

Select the address that matches your card or payment method.

Same as shipping address

Use a different billing address

Save my information for a faster checkout

Mobile phone (optional)

Jesus Moo Deng S / Regular (Gildan 5000) $29.00

Discount code or gift card Apply

Subtotal $29.00

Shipping $6.99

Total USD $35.99

VA 1-638-968



**Good Shirts Inc** **−$35.99 USD**
26 February 2026 . Payment

**Paid with**

"PPPurchase" $35.99 USD
[redacted]
You'll see "PAYPAL *GOODSHIRTSI GOO" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5T324559AE4443718

**Seller info**

Good Shirts Inc
213-817-5713
**info@thegoodshirts.com**

**Invoice ID**

rfuErvOHDgdIPhjmdmM
GJIZrx

**Order summary**

| | |
|---|---|
| Jesus Moo Deng. - L / Regular (Gildan 5000) | $29.00 USD |
| Order adjustment | $0.01 USD |

| | |
|---|---|
| Amount | **$29.01 USD** |
| TransactionDiscount | **- $0.01 USD** |
| Shipping | **$6.99 USD** |
| Tax | **$0.01 USD** |
| Shipping Discount | **-$0.01 USD** |
| **Total** | **$35.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

029 onerockin.com

2/10/26, 2:52 AM Jesus Moo Deng Shirt

ONE ROCKIN Home About us Contact us Track Your Order Login Cart / $0.00 0

✔ "Jesus Moo Deng Shirt" removed. Undo?



Jesus Moo Deng Shirt

Fit Type:* Men

Men Women Youth

Men Style:* Classic T-Shirt G500

Show size chart

Color:* Sort A → Z

Ash Black Cardinal Carolina Blue Daisy Forest Gold Heliconia Irish Green Light Pink Light Blue Maroon Navy Orange Purple Red Royal Sport Grey Turf Green White

Size:* Please choose a size

S M L XL 2XL 3XL 4XL 5XL

Print Area:* Front

Front Back Front+Back

Total: $19.95

1 Add to cart

Description Reviews (0)

Moo Deng, which means "jumping pig" in Thai, is famous for short videos shared on social networks by staff at Khao Kheow Zoo, documenting daily life filled with clumsy yet effective actions. Very charming and lovely, attracting millions of fans to follow. Moo Deng's sudden "popularity" also caught the zoo staff off guard. The director of Khao Kheow Open Zoo in Chonburi province said that normally on weekdays and during the rainy season – which is the low season – the facility welcomes about 800 visitors a day. However, the zoo now welcomes between 3,000 and 4,000 people on weekdays and this number increases to about 20,000 people on weekends, and most come to see Moo Deng for themselves.

Jesus Moo Deng Shirt



2/10/26, 2:56 AM Checkout – Onerockin.com

ONE ROCKIN

1 INFORMATION 2 PAYMENT

Show Order Summary $24.95

## Shipping info

| | | |
|---|---|---|
| Email | [redacted] | Change |
| Shipping | Oo Ooo, 111 W JACKSON BLVD, CHICAGO, Illinois 60604-3589, United States (US) | Change |
| Phone | [redacted] | Change |

## Enter your coupon

Have a coupon? Click here to enter your code

## Your Order Summary

| Products | Qty | Price |
|---|---|---|
| Jesus Moo Deng Shirt | | |

## Your Cart

Jesus Moo Deng Shirt $19.95

Fit Type: Men

Men Style: Classic T-Shirt G500

Color: Black

Size: S

Print Area: Front

1

Have a coupon? Click here t... code

Subtotal

Shipping

Total

VA 1-638-968



**Lam Minh Tu**
26 February 2026 . Payment

**−$24.95 USD**

**Paid with**

"PPPurchase" $24.95 USD

[redacted]

You'll see "PAYPAL *LAM MINH TU" on your card statement.

**Ship to**

[redacted]

111 W JACKSON BLVD

[redacted]

Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1KD18370SV9705243

**Seller info**

Lam Minh Tu
**eviewilkinson666844@gmail.com**

**Invoice ID**

ONEROCKIN405851

**Order summary**

| | |
|---|---|
| Onerockin ProductID: 300548 | $19.95 USD |
| Shipping | **$5.00 USD** |
| **Total** | **$24.95 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

030 tshirtatlowprice.com

2/9/26, 7:48 PM Jesus Moo Deng T Shirt

Discount 10% OFF your first order, use code: WELCOME10

TALP

CART

SHOP THE HOLIDAY · GIFT FOR DAD · GIFT FOR MOM · BIRTHDAY GIFTS · BLOG



Jesus Moo Deng T Shirt

Fit Type

Select your Style

Color

Size

Print on the: Front (default) / Back / Both side ($5.95)

$17.95

ADD TO CART

2/9/26, 8:05 PM Checkout

TALP

Returning customer? Click here to login

**Billing details**

Email address: [redacted]

Phone: [redacted]

First name: Oo

Last name: Ooo

Street address: 111 W JACKSON BLVD

Apt, Suite

Town / City: CHICAGO

Country / Region: United States (US)

State: Illinois

ZIP Code: 60604-3589

Sign me up to receive email updates and news (optional)

Create an account?

Ship to a different address?

**Delivery options** (shipping time doesn't include fulfillment time)

Standard Shipping US (4-8 Business Days): $8.95

FedEx Shipping (2-5 business days): $21.95

**Add tip (optional)**

You really do not need to tip us unless you are happy with it.

| 5% | 10% | 15% | NONE |
|---|---|---|---|

YOUR ORDER

| PRODUCT | SUBTOTAL |
|---|---|
| Jesus Moo Deng T Shirt × 2<br>FIT TYPE: UNISEX<br>SELECT YOUR STYLE: UNISEX T-SHIRT<br>COLOR: BLACK<br>SIZE: S<br>PRINT ON THE: FRONT | $35.90 |

Subtotal

Shipping

Sales Tax

Total

If you have a coupon code, plea

Enter your code here

VA 1-638-968



**Monkstars** **−$25.74 USD**
26 February 2026 . Authorization

This is a temporary authorization to make sure your payment method will cover the payment. Your payment method will be charged when Monkstars completes your order.

**Paid with**

"PPPurchase" $25.74 USD
[redacted]

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

6G465698JC006792W

**Seller info**

Monkstars
support@monkstars.com

**Invoice ID**

TSAL-303036

**Order summary**

| | |
|---|---|
| TALP Product SKU: #239397 Product ID: NPQT19092404 | $17.95 USD |
| Shipping | **$5.95 USD** |
| Tax | **$1.84 USD** |
| **Total** | **$25.74 USD** |

031 ashbubble.com

2/10/26, 2:09 AM Jesus Moo Deng Shirt - AshBubble

ASHBUBBLE SHOP CLIMATE ABOUT US CONTACT US TRACK MY ORDER

-20%



Home / Apparel / Jesus Moo Deng Shirt

## Jesus Moo Deng Shirt

$17.99

16 Items sold in last 24 hours

Style:

Color:

Size:

S M L XL 2XL 3XL 4XL

ADD TO CART

link 6588

Purchase Protection: Shop confidently on AshBubble knowing if something goes wrong with an order, we've got your back for all eligible purchases — see returns & exchanges

Add to wishlist Size guide

DESCRIPTION REVIEWS (0) PRODUCT DETAILS

2/10/26, 2:16 AM Checkout - AshBubble

ASHBUBBLE SHOP CLIMATE ABOUT US CONTACT US TRACK MY ORDER

Have a coupon? Click here to enter your code

BILLING DETAILS

Email address *

[redacted]

First name * Oo

Last name * Ooo

Country / Region * United States (US)

Street address * 111 W JACKSON BLVD

Apartment, suite, unit, etc. (optional)

Town / City * CHICAGO

State * Illinois

ZIP Code * 60604-3589

Phone *

[redacted]

Ship To A Different Address?

YOUR ORDER

| PRODUCT | SUBTOTAL |
|---|---|
| Jesus Moo Deng Shirt<br>Style: Unisex Classic Shirt<br>Color: Black<br>Size: S<br>1 | |
| Subtotal | |
| Shipment 1<br>Standard | |
| Tax | |
| Total | |

Credit / Debit Card

Klarna

Afterpay

Cash App Pay

PayPal

VA 1-638-968



**AshBubble LLC**
26 February 2026 . Payment

**−$24.96 USD**

**Paid with**

"PPPurchase" $24.96 USD

[redacted]

You'll see "PAYPAL *ASHB" on your card statement.

**Ship to**

[redacted]

111 W JACKSON BLVD

[redacted]

Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6MP31404SU5390824

**Seller info**

AshBubble LLC
**support@ashbubble.com**

**Invoice ID**

428593

**Order summary**

| | |
|---|---|
| Jesus Moo Deng Shirt<br>Product ID: 251673.<br>Variation ID: 251674<br>Product ID: 251674 | $17.99 USD |
| Shipping | **$4.75 USD** |
| Tax | **$2.22 USD** |
| **Total** | **$24.96 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

032 inkinaction.com







VA 1-638-968



**NONG MINH CHU** **−$25.98 USD**

26 February 2026 . Payment

**Paid with**

"PPPurchase" $25.98 USD

[redacted]

You'll see "PAYPAL *NONGMINHCHU" on your card statement.

**Ship to**

[redacted]

111 W JACKSON BLVD

[redacted]

Chicago, IL 60604-4092

United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2JV33528TB012412A

**Seller info**

NONG MINH CHU

**anhthang10h@gmail.com**

**Invoice ID**

220465

**Order summary**

| | |
|---|---|
| Product #160387 | $19.99 USD |
| Shipping | **$5.99 USD** |
| **Total** | **$25.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

033 tokyo-tiger.com

2/10/26, 3:02 AM Tokyo-Tiger God's Grace Washed T-Shirt Sale – tokyo-tiger

FREE SHIPPING ON ALL PURCHASES OVER $79 USD

TOKYOTIGER NEW IN FLASH SALE BEST SELLER WOMEN MEN KIDS T-SHIRTS SHIRT CLOTHING ACCESSORY HOME & LIVING SHOP BY INTEREST SHOP BY HOLIDAY





Tokyo-Tiger God's Grace Washed T-Shirt

$29.99 USD

Or 4 interest-free payments of $7.50 with Afterpay

Color

Beige | Army Green | Gray | Black | Blue | Purple | Coffee | Pink

Size

S | M | L | XL | 2XL | 3XL | 4XL | 5XL

Size Chart

Quantity

- 1 +

Become a member to unlock more member-only benefits!

Add to cart

Buy now

PayPal

Pay

10% OFF ON YOUR FIRST ORDER CODE:NEW | BUY 3 GET 10% OFF CODE:SPR3 | BUY 5 GET 15% OFF CODE:SPR5 | BUY 7 GET 20% OFF CODE:SPR7

FREE SHIPPING FOR ORDERS OVER $ 79 USD

Wearing Tokyo-tiger's clothes is like embarking on a journey to explore Japanese culture, experiencing the mysterious charm and allure of the East.

PRODUCT DETAILS

- **Description:** Perfect for every-day wear or layering
- **Fit:** Unisex Fit
- **Size:** S, M, L, XL, 2XL, 3XL, 4XL, 5XL
- **Fabric details:** 100% Cotton
- **Features:** Super Soft, Pre-Shrunk
- **Washing instructions:** Machine wash cold, gentle cycle, Do not dry clean

2/10/26, 3:07 AM tokyo-tiger.com/1733449741382/checkouts/c2c4a7d59762a6d399d6a2a9b4b6d1e3?buyScence=cart

Express Checkout

PayPal

Pay Later

Pay

OR

Contact

Already have an account? Log in

[redacted]

Receive exclusive offers and marketing updates

Delivery

Country/region: United States

First name: Oo | Last name: Ooo

Address: 111 W Jackson Blvd

Add apartment, suite, etc. (Optional)

City: Chicago | State: Illinois | ZIP code: 60604-1210

Phone: [redacted]

Text me with news and offers

Shipping method

Tokyo-Tiger God's Grace Washed T-Shirt — Beige / S — $29.99

Gift cards or coupon codes | Apply

| | |
|---|---|
| Subtotal | $29.99 |
| Shipping | $7.99 |
| Total | USD $37.98 |

VA 1-638-968



**tokyo-tiger.com**
26 February 2026 . Payment

**−$37.98 USD**

**Paid with**

"PPPurchase" $37.98 USD
[redacted]
([redacted]
[redacted]
You'll see "PAYPAL *TOKYOTIGERCQ2MY" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8M9317491A369642D

**Seller info**

tokyo-tiger.com
**cookiecutterabc06@163.com**

**Invoice ID**

2407411863055137553591
-001

**Order summary**

| | |
|---|---|
| Tokyo-Tiger God's Grace Washed T-Shirt | $29.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$37.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

034 winkflo.com




2/10/26, 1:36 AM

Checkout - Winkflo




VA 1-638-968



**WINKFLO** **−$19.95 USD**

26 February 2026 . Automatic Payment

**Paid with**

"PPPurchase" $19.95 USD

[redacted]

You'll see "PAYPAL *WINKFLO WINKFLO" on your card statement.

on 26 February 2026

**Transaction ID**

0M9513986K278564M

**Seller info**

WINKFLO
202-573-9028

**Order summary**

| | |
|---|---|
| Cute Moo Deng Shirts - Jesus Holding Moo Deng Grey / M | $19.95 USD |
| **Total** | **$19.95 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

035 wolfantique.com

2/9/26, 10:18 PM God Jesus Holding A Lamb In The Sea Canvas Prints And Poster, Jesus Bible, Christian canvas, Christian Wall Art, The Lamb of G...

New markdowns just taken. Shop now →

Wolfantique Home New Arrivals Best Sellers Collections Personalized Products United States | USD $





God Jesus Holding A Lamb In The Sea Canvas Prints And Poster

$24.95 USD

Style

Canvas Poster

Size

18x12in 24x16in 36x24in 40x27in

Quantity

1

Add to cart

Buy it now

100% Secure Payment

VISA PayPal Pay

Spend more, save more

2/9/26, 10:35 PM Checkout - Wolfantique

WOLFANTIQUE

Express checkout

PayPal

OR

Contact Sign in

Email [redacted]

Email me with news and offers

Delivery

Country/Region United States

First name (optional) Oo

Last name Coo

Company (optional)

Address 111 W Jackson Blvd

Apartment, suite, etc. (optional)

City Chicago

State Illinois

ZIP code 60604

Phone (optional) [redacted]

Save this information for next time

Text me with news and offers

Shipping method

Standard $4.99

God Jesus Holding A Lamb In The Sea Canvas Prints And Poster — Poster / 18x12in — $24.95

Discount code Apply

Subtotal $24.95

Shipping $4.99

Total USD $29.94

VA 1-638-968



**cao hoang thao**
26 February 2026 . Payment

**−$29.94 USD**

**Paid with**

"PPPurchase" $29.94 USD
[redacted]
([redacted]
[redacted]
You'll see "PAYPAL *CAOHOANGTHA CAO" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5D632797X5815341G

**Seller info**

cao hoang thao
**support@wolfantique.com**

**Invoice ID**

rnPS6Xlh0wCRTawRLKNq
npdcQ

**Order summary**

| | | |
|---|---|---|
| | God Jesus Holding A Lamb In The Sea Canvas Prints And Poster - Poster / 18x12in | $24.95 USD |
| | Order adjustment | $0.01 USD |

| | |
|---|---|
| Amount | **$24.96 USD** |
| TransactionDiscount | **- $0.01 USD** |
| Shipping | **$4.99 USD** |
| Tax | **$0.01 USD** |
| Shipping Discount | **-$0.01 USD** |
| **Total** | **$29.94 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

036 viralcitron.com

2/9/26, 11:20 PM God Jesus Herding Sheep In The Sea Canvas Prints And Poster, Jesus Bible, Christian canvas, Christian Wall Art, The Lamb of Go…

SAVE UP TO 30% SHOP ALL OUR NEW MARKDOWNS →

VIRALCITRON

Personalized New Arrivals Best Sellers Collections Occasions Products About Us Happy Customers





## God Jesus Holding A Lamb In The Sea Canvas Prints And Poster

$49.95 USD

Style

Canvas Poster

Size

12x8in 18x12in 24x16in 30x20in 36x24in 48x32in 40x27in

Quantity

− 1 +

Add to cart

Pay with PayPal

More payment options

100% Secure Payment

VISA PayPal Pay

2/9/26, 11:27 PM Checkout - Viralcitron

VIRALCITRON

Express checkout

PayPal G

OR

**Contact** Sign in

Email [redacted]

Email me with news and offers

**Delivery**

Country/Region United States

First name (optional) Oo

Last name Ooo

Company (optional)

Address 111 W JACKSON BLVD

Apartment, suite, etc. (optional)

City CHICAGO

State Illinois

ZIP code 60604-3589

Phone (optional) [redacted]

Save this information for next time

Text me with news and offers

**Shipping method**

Standard $4.99



God Jesus Holding A Lamb In The Sea Canvas Prints And Poster $24.95

Poster / 18x12in

Discount code Apply

Subtotal $24.95

Shipping $4.99

**Total** USD $29.94

**VA 1-638-968**



**GTIC COMPANY LIMITED**
26 February 2026 . Payment

**−$29.94 USD**

**Paid with**

"PPPurchase" $29.94 USD
[redacted]
You'll see "PAYPAL *GTICCOMPANY GTI" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4ML60418NC7184331

**Seller info**

GTIC COMPANY LIMITED
**support@viralcitron.com**

**Invoice ID**

r0OcDZUyW3yVi8DV2Vqt06tNa

**Order summary**

| | |
|---|---|
| God Jesus Holding A Lamb In The Sea Canvas Prints And Poster - Poster / 18x12in | $24.95 USD |
| Order adjustment | $0.01 USD |

| | |
|---|---|
| Amount | **$24.96 USD** |
| TransactionDiscount | **- $0.01 USD** |
| Shipping | **$4.99 USD** |
| Tax | **$0.01 USD** |
| Shipping Discount | **-$0.01 USD** |
| **Total** | **$29.94 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

037 prodpdiy.com

2/13/26, 1:08 PM Lost Lamb (canvas) full round or square drill diamond painting

Prodpdiy USD English

Featured New Arrivals Customized Best Sellers Tools Flash Sale Big Size Creative Crafts

Wholesale Mystery Diamond Painting Track Your Order



**Lost Lamb (canvas) full round or square drill diamond painting**

$7.99

Style Size

Qty

1

Add to Cart Buy Now

PayPal

FLASH SALE - ACT FAST!

Share Tweet Pin it

Product Description Contact us

5D Diamond Painting Lost Lamb Full Round&Square Drill Wall Rhinestone DIY Art Crafts Mosaic Picture Kit Home Decoration Gift

Feature:
If you want to make your home more beautiful and colorful, the diamond painting can help you add the gaiety decoration.
DIY painting, originality, painting and resin sequins, the resin sequins dazzling, unique luster, shining light, is the most popular DIY jewelry at present.
Colorful diamond drawing decorate your home.
Perfectly decorate your living room or bedroom to match and create the different styles, we are sure that you will like it.

Specification:
Material: rhinestones + canvas
Project type: 5D diamond painting
Color: as shown
Diamond type: Full Round/Square Drill
Canvas size:
Approx.30x40cm/11.81x15.75"(1cm=0.39in)
Approx.40x50cm/15.75x19.69"(1cm=0.39in)

2/13/26, 1:12 PM Prodpdiy

## Prodpdiy

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

Payment method

All transactions are secure and encrypted.

PayPal Pay by credit card or debit card through PayPal

You will be redirected to PayPal or credit/debit card to complete your purchase securely.

< Return

Debit or Credit Card

Powered by PayPal

Lost Lamb (canvas) full round or square drill diamond painting $7.35 ~~$7.99~~
Style Size: Full Round 30x40cm
Threshold Promo (-$0.64)

Gift Card / Coupon Code Apply

| | |
|---|---|
| Subtotal | $7.99 |
| Threshold Promo | - $0.64 |
| Shipping | + $9.99 |
| Total: | |

VA 1-638-968



**prodiamondpainting.com**
26 February 2026 . Payment

**−$17.34 USD**

**Paid with**

"PPPurchase" $17.34 USD
[redacted]
You'll see "PAYPAL *PRODIAMONDPUU72" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

3MB87036RT9188906

**Seller info**

prodiamondpainting.com
**support@prodpdiy.com**

**Invoice ID**

412806-DP00008461

**Order summary**

| | |
|---|---|
| Lost Lamb (canvas) full round or square drill diamond painting / Full Round 30x40cm<br>Product ID: 221202162512 | $7.99 USD |
| TransactionDiscount | **- $0.64 USD** |
| Shipping | **$9.99 USD** |
| **Total** | **$17.34 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

# 038 wanderpainting.com

2/10/26, 3:59 PM — Lamb In Jesus Arm Diamond Painting – Wander Painting

Valentine Free Gifts Worth $40
For Every Order!

Wander Painting | New Arrivals | Valentine | Custom Kits | Paint By Numbers | Diamond Paintings | Track Your Order | Reviews

4.85/5 Rating by Thousands of customers | Unique artwork | Premium quality materials



"The quality of Wander Painting's kits is unmatched. The vibrant colors and the precision of the tools transform my artistic vision into reality, making every piece a masterpiece."
— Lucas Smith ★★★★★

See our 775 reviews on ★ Trustpilot

## Lamb In Jesus Arm Diamond Painting

LOW IN STOCK!

₱2,045.41 PHP

- **Relax and unwind** while you create stunning artwork
- Bring the **iconic beauty of Acadia National Park** into your home
- **Anyone can create**, perfect for beginners and seasoned artists

1 Select Canvas Size

11.8" x 15.7" | 17.7" x 23.6"

2 Select Diamond Shape

Square Drill | Round Drill

Add to cart

100% Secure Payment

VISA | PayPal | McAfee SECURE

Easy-to-follow instructions | 83% of our customers are first-timers | Fun, relaxing and inspiring

Description

2/10/26, 4:35 PM — Checkout - Wander Painting

Wander Painting
100,000+ HAPPY CUSTOMERS
All-in-One Kit | Stunning Results | No Experience Needed

Express checkout

PayPal

OR

### Contact

Sign in

Email
[redacted]

Email me with news and offers

### Delivery

Country/Region
United States

First name (optional): Oo
Last name: Ooo

Address
111 W JACKSON BLVD

Apartment, suite, etc. (optional)

City: CHICAGO
State: Illinois
ZIP code: 60604-3589

Phone
[redacted]

Save this information for next time

Text me with news and offers

Shipping method

Secured Shipping (Covers lost, stolen, or damaged items) $5.99

Lamb In Jesus Arm Diamond Painting — 11.8" x 15.7" / Square Drill — $34.99

Discount code or gift card | Apply

| | |
|---|---|
| Subtotal | $34.99 |
| Shipping | $5.99 |
| Total | |

**VA 1-638-968**



**NhanNT**
26 February 2026 . Payment

**−$40.98 USD**

**Paid with**

"PPPurchase" $40.98 USD

[redacted]

You'll see "PAYPAL *NHANNT" on your card statement.

on 26 February 2026

**Ship to**

[redacted]

111 W JACKSON BLVD

[redacted]

Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8X535381SL7183030

**Seller info**

NhanNT
**support@namielle.com**

**Invoice ID**

a0Xy48q5qIJAdLL8qQ6M
Jil0l

**Order summary**

| | |
|---|---|
| Lamb In Jesus Arm Diamond Painting - 11.8" x 15.7" / Square Drill | $34.99 USD |
| Shipping | **$5.99 USD** |
| **Total** | **$40.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

039 charmingfavor.com

2/10/26, 4:43 PM

Jesus And Cat CLM02121124S Sherpa Fleece Blanket – Charming Favor

Charming Favor
HOME DECOR

Home  Collections  Product Types  Contact us  About us



Jesus And Cat CLM02121124S Sherpa Fleece Blanket

~~$69.95 USD~~ $49.95 USD Sale

Sale ends in 7h 16m 34s

Size

SMALL  MEDIUM  LARGE  X-LARGE

Quantity

− 1 +

Add to cart

| Size | Inches |
|---|---|
| SMALL | 48" x 36" |
| MEDIUM | 60" x 45" |
| LARGE | 72" x 54" |
| EXTRA LARGE | 80" x 60" |

Product Details

- Perfect to use when watching TV on cold nights, reading a book on a coach, watching a movie or fireside chats.
- Reversible super soft crystal velvet on one side, plush super warm lambswool sherpa

2/10/26, 4:46 PM

Checkout - Charming Favor

Charming Favor
HOME DECOR

Express checkout

PayPal

OR

Contact  Sign in

Email
[redacted]

Email me with news and offers

Delivery

Country/Region
United States

First name (optional)
Oo

Last name
Ooo

Address
111 W JACKSON BLVD

Apartment, suite, etc. (optional)

City
CHICAGO

State
Illinois

ZIP code
60604-3589

Phone
[redacted]

Save this information for next time

Shipping method

U.S. Postal Service  2-3 Weeks  $9.95

DHL Express  4-6 Days  $29.95



Jesus And Cat CLM02121124S Sherpa Fleece Blanket  $49.95
SMALL

Discount code  Apply

Subtotal  $49.95
Shipping  $9.95
Total  USD $59.90

VA 1-638-968



**RUGGERING COMPANY LIMITED** **−$59.90 USD**
26 February 2026 . Payment

**Paid with**

"PPPurchase" $59.90 USD
[redacted]
([redacted]
You'll see "PAYPAL *RUGGERING" on your card statement.

on 26 February 2026

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7Y655316VB028504N

**Seller info**

RUGGERING COMPANY LIMITED
**support@charmingtribe.com**

**Invoice ID**

aiRLmHDAq9pLjjqh9Yre0
UQuH

**Order summary**

| | |
|---|---|
| Jesus And Cat CLM02121124S Sherpa Fleece Blanket - SMALL | $49.95 USD |
| Shipping | **$9.95 USD** |
| **Total** | **$59.90 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**

## 040 daisycustom.com

2/9/26, 10:04 PM Christian Jesus And Cat Lover Ultra Soft Cozy Plush Fleece Love Pets Fleece Blanket Sherpa Blanket - The Daisy Shop

FREE SHIPPING WITH ORDER OVER 100 USD

DAISY CUSTOM | Home | About Us | Shop | Recipients | Intellectual Property Claim




Christian Jesus And Cat Lover Ultra Soft Cozy Plush Fleece Love Pets Fleece Blanket Sherpa Blanket

★★★★★ 5000+ Happy customers

Made in the USA

Fast shipping - Estimated 5-7 days

Choose your right option here:

Material*

Fleece Blanket

Size*

30" * 40"

Total:

$39.00

1

ADD TO CART

Add to Wishlist

Buy More Save More!

2/9/26, 10:08 PM Checkout - The Daisy Shop

FREE SHIPPING WITH ORDER OVER 100 USD

DAISY CUSTOM | Home | About Us | Shop | Recipients | Intellectual Property Claim

Returning customer? Click here to login

Have a coupon? Click here to enter your code

Email address *

[redacted]

First name * Do

Last name * Doe

Company name (optional)

Country / Region *

United States (US)

Street address *

111 W JACKSON BLVD

Apartment, suite, unit, etc. (optional)

Town / City *

CHICAGO

State *

Illinois

ZIP Code *

60604-3589

Phone *

Add tip

$5 | $10 | $15 | $20 | Custom tip

PRODUCT

Christian Jesus And Cat Lo
Cozy Plush Fleece Love Pet
Blanket Sherpa Blanket × 1
Material: Fleece Blanket 30
Size:

Subtotal

Shipping

US Flat Rate (5-7 busin
Expedited Shipping (2-
$49.99

Total

Credit / Debit Card

Klarna

Affirm

PayPal

Pay via PayPal.

Your personal data will be

**VA 1-638-968**



**Daisy Custom**
26 February 2026 . Payment

**−$45.99 USD**

**Paid with**

"PPPurchase" $45.99 USD
[redacted]
You'll see "PAYPAL *DAISYCUSTOM" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

13431941UL2122602

**Seller info**

Daisy Custom
**support@daisycustom.com**

**Invoice ID**

DAI-243681

**Order summary**



Christian Jesus And Cat Lover Ultra Soft Cozy Plush Fleece Love Pets Fleece Blanket Sherpa Blanket — $39.00 USD
Fleece Blanket: Luxurious, silky, cozy, ideal for snuggling. Full color all over print; Prints edge to edge
Product ID: FSB-050921700242

| | |
|---|---|
| Shipping | **$6.99 USD** |
| **Total** | **$45.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **25 August 2026**. You may be **eligible for purchase protection**