**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DEL PARSON STUDIO, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11003

Judge Manish S. Shah

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND ELECTRONIC NOTICE**

THIS CAUSE being before the Court on Plaintiff DEL PARSON STUDIO, INC.'s ("Del Parson Studio" or "Plaintiff") Motion for Expedited Discovery and Electronic Notice (the "Motion") against the Partnerships and Unincorporated Associations ("Defendants") identified in Schedule A to the Complaint and attached hereto (the "Defendant Internet Stores"), and this Court having reviewed the evidence before it hereby GRANTS Plaintiff's Motion as follows.

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Whaleco, Inc. d/b/a Temu ("Temu"), and PayPal, Inc. ("PayPal") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine the identities and locations of Defendants,

their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses.

2. Plaintiff may serve discovery requests and interrogatories on Defendants through electronic means, with expedited return deadlines of no less than fourteen (14) calendar days after service of a discovery requests, seeking:

   a. Defendants' identity and location, including contact information, their true name and physical address, and all associated e-mail addresses, of Defendants;

   b. the nature of Defendants' sales of products using Copyright Registration Number VA 1-638-968, VA 2-469-869, VA 1-638-966, or VA 1-704-416, including, methods of payment, identifying information associated with the Defendant Internet Stores, and Defendants' financial accounts.

3. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of any motion for preliminary injunction and any future motions and proceedings, by electronic means, by sending an e-mail to the e-mail addresses associated with the Defendant Internet Stores, including any e-mail addresses obtained through the expedited discovery authorized by this Order or otherwise provided for Defendants by third parties, and by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website. The combination of providing notice via electronic mail and electronic publication, along with any notice that Defendants receive from the online marketplace and payment processors in connection with this Order, shall constitute notice reasonably calculated under all the circumstances to apprise Defendants of the pendency of the action and of any motion for preliminary injunction and to afford them the

opportunity to present their objections, as required by Rule 65(a)(1). This Order does not authorize, and Plaintiff does not by the Motion seek, formal service of process under Fed. R. Civ. P. 4(f)(3); Plaintiff reserves any request for formal electronic service of process, supported by per-defendant address-diligence.

October 2, 2026

Manish S. Shah
United States District Judge

## Schedule A

| No. | Defendants |
|---|---|
| 1 | PaiWeiYeYa |
| 2 | wuhanshiyunhejiyuanshangmaoyouxiangongsi |
| 3 | yyangshf |
| 4 | Baby soter |
| 5 | MY HOME PET |
| 6 | lama thien |
| 7 | lihong Gao |
| 8 | QBearArtStore |
| 9 | HBF Art |
| 10 | LFF Art |
| 11 | jing Static poster |
| 12 | GOOD PAPA |
| 13 | ding qing Bridge poster |
| 14 | jia yi Decompression poster |
| 15 | xukunlanSXDF |
| 16 | xian you tong bo shang mao you xian gong si |
| 17 | NGỌC HUY BẾCH DOG SHOP789 |
| 18 | ZeroElec |
| 19 | jian xiong HD poster |
| 20 | TiansS(US Art Studio) |
| 21 | ZhangHaojing |
| 22 | VIỆT THẮNG IPHONE6 |
| 23 | The Berea Company |
| 24 | LENGJINGI |
| 25 | lgy holiday poster |
| 26 | shawncraft.com |
| 27 | jujumini.com |
| 28 | thegoodshirts.com |
| 29 | onerockin.com |
| 30 | tshirtatlowprice.com |
| 31 | ashbubble.com |
| 32 | inkinaction.com |
| 33 | tokyo-tiger.com |
| 34 | winkflo.com |
| 35 | wolfantique.com |
| 36 | viralcitron.com |
| 37 | prodpdiy.com |
| 38 | wanderpainting.com |
| 39 | charmingfavor.com |
| 40 | daisycustom.com |