**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DEL PARSON STUDIO, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11003

Judge Manish S. Shah

Magistrate Judge Laura K. McNally

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION ORDER**

Plaintiff, DEL PARSON STUDIO, INC. ("Plaintiff"), seeks entry of a preliminary injunction order, including an injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing Del Parson Products, an asset restraint, and authorization to notify Defendants of the proceedings by email and/or electronic publication in an action arising out of 17 U.S.C. § 101 *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

DATED: October 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.