Exhibit 1

VA 0001638968

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

VA 1-638-968

**Effective date of registration:**

March 17, 2008

## Title

**Title of Work:** Lost Lamb

**Nature of Work:** Oil Painting

## Completion/ Publication

**Year of Completion:** 1999

**Date of 1st Publication:** March 18, 1999 **Nation of 1st Publication:** United States

## Author

- **Author:** DeL Parson

**Author Created:** 2-Dimensional Artwork

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1948

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Del Parson Studio, Inc.

450 Casa Loma Lane, Cedar City, UT, 84720

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Del Parson

**Date:** March 6, 2008

**Correspondence:** Yes


Del Parson

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-469-869**
**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
December 04, 2025

## Supplementary Registration

**Supplement To:** VA0002168374, 2019

## Title

**Title of Work:** He is Risen

## Completion/Publication

**Year of Completion:** 1996
**Date of 1st Publication:** October 01, 1996
**Nation of 1st Publication:** United States

## Author

- **Author:** Delwin Oliver Parson
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1948

## Copyright Claimant

**Copyright Claimant:** Del Parson Studio Inc.
450 S Casa Loma Lane, Cedar, UT, 84720, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Del Parson Studio Inc.
**Email:** dparson@delparson.com
**Telephone:** (435)586-5189
**Alt. Telephone:** (435)590-4997

**Address:** 450 S Casa Loma Lane
Cedar, UT 84720 United States

## Certification

**Name:** David Denholm, Authorized agent of Delwin Oliver Parson
**Date:** May 28, 2025
**Applicant's Tracking Number:** DPSUP2025051801

**Correspondence:** Yes
**Explanation of Corrections:** Correction claimant name to show the "Del Parson Studio Inc.", instead of "Del Parson Studio"



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

VA 1-638-966

**Effective date of registration:**

March 21, 2008

## Title

**Title of Work:** Behold Your Little Ones

**Nature of Work:** Oil Painting

## Completion/ Publication

**Year of Completion:** 1995

**Date of 1st Publication:** March 21, 1996 **Nation of 1st Publication:** United States

## Author

- **Author:** Del Parson

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1948

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Del Parson Studio, Inc.

450 Casa Loma Lane, Cedar City, UT, 84720

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Del Parson

**Date:** March 14, 2008

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
VA 1-704-416

**Effective date of registration:**
September 17, 2009

## Title

**Title of Work:** Perfect Love

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 20, 2006 **Nation of 1st Publication:** United States

## Author

- **Author:** Del (Delwin) Oliver Parson

**Author Created:** 2-dimensional artwork

**Citizen of:** United States

**Year Born:** 1948

## Copyright claimant

**Copyright Claimant:** Del Parson Studio, Inc.

450 Casa Loma Lane, Cedar City, UT, 84720, United States

**Transfer Statement:** Written agreement

## Rights and Permissions

**Organization Name:** Del Parson Studio, Inc.

**Email:** dparson@delparson.com **Telephone:** 435-586-5189

**Address:** 450 Casa Loma Lane

Cedar City, UT 84720 United States

## Certification

**Name:** Del Parson

**Date:** September 10, 2009

