**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Del Parson Studio, Inc.

Plaintiff,

v.

Case No.: 1:26−cv−11003
Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion for excess pages [28] is granted. The motion for preliminary injunction [25] is granted in part. No objections have been filed, so the motion is unopposed. The court continues to have doubts about plaintiff's likelihood of success against all defendants, but some likelihood of success is apparent even if a fair use or other defense may be asserted. But because of the court's lingering doubts, it declines to restrain any assets. Security is set at $10,000. Enter Preliminary Injunction. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.